# EXHIBIT 5

**Wednesday, February 4, 2026 at 9:31:37 PM Mountain Standard Time**

| | |
|---|---|
| **Subject:** | Hole in the Rock Road |
| **Date:** | Wednesday, February 4, 2026 at 3:42:20 PM Mountain Standard Time |
| **From:** | Kim, Joseph (ENRD) |
| **To:** | Steve Bloch |
| **CC:** | Hanna Larsen, michaelsmithsoldoi (Vendor), Schulte, Elizabeth A, Melinda Moffitt (mmoffitt@blm.gov) |
| **Attachments:** | 2026.02.04 HITR RS2477 Additional Info Request_signed.pdf |

-----This email originated from outside the organization-----

Steve:

BLM has received your email about the Hole in the Rock Road, and asked me to forward to you their attached response to the County's January 27 letter.

Please let us know if you have any questions.

Joe