Stephen H.M. Bloch (#7813)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org

*Attorney for Plaintiff*
*Southern Utah Wilderness Alliance*

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>    Plaintiff,<br><br>v.<br><br>**GARFIELD COUNTY, UTAH**, a political subdivision, the **STATE OF UTAH**, the **UNITED STATES BUREAU OF LAND MANAGEMENT**, and the **UNITED STATES DEPARTMENT OF THE INTERIOR**<br><br>    Defendants. | Case No: 2:26-cv-00096<br><br>Judge |

**NOTICE OF APPEARANCE**

Notice is hereby given of the entry of the undersigned as counsel for Plaintiff Southern Utah Wilderness Alliance in the above-captioned action.  Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

> Stephen H.M. Bloch
> Southern Utah Wilderness Alliance
> 425 East 100 South, Salt Lake City, UT 84111
> steve@suwa.org

/s/ Stephen Bloch
_____
Stephen Bloch