# EXHIBIT 1

# Wilderness Quality Lands and the Hole-in-the-Rock Road, Grand Staircase-Escalante National Monument (GSENM)

**Legend:**
- GSENM Boundary
- Hole-in-the-Rock Road
- County Boundaries
- Glen Canyon National Recreation Area
- Wilderness Study Areas (GSENM Final RMP 2025)
- Lands with Wilderness Characteristics (GSENM Final RMP 2025)
  - LWC managed to protect wilderness characteristics
  - LWC managed to minimize impacts to wilderness characteristics
  - Managed for discretionary use

SUWA
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
801 486 3161
www.suwa.org

D. Callahan (2/4/2026) | Data: BLM, UGRC, NPS | Project #866