Stephen H.M. Bloch (#7813)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS
ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

Mitch M. Longson (#15661)
MANNING CURTIS BRADSHAW
& BEDNAR PLLC
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com

Trevor J. Lee (#16703)
HOGGAN LEE HUTCHINSON
257 E 200 S, #1050
Salt Lake City, UT 84111
Telephone: (435) 615-2264
trevor@hlh.law

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>    Plaintiff,<br><br>v.<br><br>**GARFIELD COUNTY, UTAH**, a political subdivision, the **STATE OF UTAH**, the **UNITED STATES BUREAU OF LAND MANAGEMENT**, and the **UNITED STATES DEPARTMENT OF THE INTERIOR**,<br><br>    Defendants. | **CORPORATE DISCLOSURE STATEMENT**<br><br>Case No. 2:26-cv-00096<br><br>Judge |

This Corporate Disclosure Statement is filed on behalf of Plaintiff SOUTHERN UTAH WILDERNESS ALLIANCE compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a

statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party hereby declares as follows:**

   No corporation owns 10% or more of its stock.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated this 5th day of February 2026.

                              */s/ Hanna Larsen*
                              Stephen H.M. Bloch
                              Hanna Larsen
                              SOUTHERN UTAH WILDERNESS ALLIANCE

                              Trevor J. Lee
                              HOGGAN LEE HUTCHINSON

                              Mitch M. Longson
                              MANNING CURTIS BRADSHAW & BEDNAR

                              *Attorneys for Plaintiff Southern Utah Wilderness Alliance*