IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GARFIELD COUNTY, UTAH, a political subdivision, et al.<br><br>　　　　　Defendants. | ORDER OF RECUSAL<br><br><br>Case No. 2:26-cv-96 TS<br><br>District Judge Ted Stewart |

　　　　I recuse myself in this case, and ask that the appropriate assignment card equalization be drawn by the clerk's office.

　　　　DATED this 5th day of February, 2026.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Ted Stewart
　　　　　　　　　　　　　　　　　　United States District Judge