Trevor J. Lee (16703)
HOGGAN LEE HUTCHINSON
1225 Deer Valley Drive, Suite 201
Park City, Utah 84060
Phone: 435-615-2264
trevor@hlhparkcity.com
*Attorneys for Plaintiff Southern Utah Wilderness Alliance*

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Plaintiff t, <br><br> v. <br><br> **GARFIELD COUNTY, UTAH**, a political subdivision, the **STATE OF UTAH**, the **UNITED STATES BUREAU OF LAND MANAGEMENT**, and the **UNITED STATES DEPARTMENT OF INTERIOR**, <br><br> Defendant and Counterclaim Plaintiff. | **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Case No. 2:26-cv-00096 <br><br> Judge Ann Marie McIff Allen |

Notice is hereby given of the entry of the undersigned as counsel for Plaintiff Southern Utah Wilderness Alliance in the above-captioned matter. In accordance to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

Trevor J. Lee (16703)
HOGGAN LEE HUTCHINSON
1225 Deer Valley Drive, Suite 201
Park City, Utah 84060
trevor@hlhparkcity.com

1

DATED this 6th day of February, 2026.

                                                  **HOGGAN LEE HUTCHINSON**

                                                  */s/ Trevor J. Lee*
                                                  Trevor J. Lee
                                                  *Attorneys for Plaintiff Southern Utah*
                                                  *Wilderness Alliance*