**MANNING CURTIS BRADSHAW
& BEDNAR PLLC**
Mitch M. Longson #15661
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com
*Attorney for Southern Utah Wilderness Alliance*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>GARFIELD COUNTY, UTAH, a political subdivision, the STATE OF UTAH, the UNITED STATES BUREAU OF LAND MANAGEMENT, and the UNITED STATES DEPARTMENT OF THE INTERIOR.<br><br>Defendants. | **NOTICE OF APPEARANCE OF COUNSEL (MITCH M. LONGSON)**<br><br>Case Nos. 2:26-cv-00096-AMA<br><br>Judge Ann Marie McIff Allen |

PLEASE TAKE NOTICE that Mitch M. Longson, of the law firm Manning Curtis Bradshaw & Bednar PLLC, hereby enters an appearance as counsel of record for Plaintiff Southern Utah Wilderness Alliance in the above-entitled matter. Please serve copies of any future filings or notices as follows:

Mitch M. Longson
mlongson@mc2b.com
201 South Main Street, Suite 750
Salt Lake City, Utah 84111
Telephone: (801) 363-5678
Facsimile: (801) 364-5678

DATED February 6, 2026.

                        **MANNING CURTIS BRADSHAW & BEDNAR PLLC**

                        /s/ Mitch M. Longson
                        Mitch M. Longson
                        *Attorney for Southern Utah Wilderness Alliance*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2026, the undersigned electronically transmitted the foregoing to the Clerk's Office for the United States District Court for the District of Utah using the District Court's CM/ECF System, which shall electronically serve a copy of the foregoing upon counsel of record for all parties in the above-entitled matter.

                                                      /s/ Lori Anderson