| | |
|---|---|
| Stephen H.M. Bloch (#7813)<br>Hanna Larsen (#18458)<br>SOUTHERN UTAH WILDERNESS ALLIANCE<br>425 East 100 South<br>Salt Lake City, UT 84111<br>Telephone: (801) 486-3161<br>steve@suwa.org<br>hanna@suwa.org<br><br>*Attorneys for Plaintiff*<br>*Southern Utah Wilderness Alliance* | Mitch M. Longson (#15661)<br>MANNING CURTIS BRADSHAW & BEDNAR PLLC<br>201 South Main Street, Suite 750<br>Salt Lake City, UT 84111<br>Telephone: (801) 363-5678<br>mlongson@mc2b.com<br><br>Trevor J. Lee (#16703)<br>HOGGAN LEE HUTCHINSON<br>257 E 200 S, #1050<br>Salt Lake City, UT 84111<br>Telephone: (435) 615-2264<br>trevor@hlh.law |

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>   Plaintiff,<br><br>v.<br><br>**GARFIELD COUNTY, UTAH**, a political subdivision, the **STATE OF UTAH**, the **UNITED STATES BUREAU OF LAND MANAGEMENT**, and the **UNITED STATES DEPARTMENT OF THE INTERIOR**<br><br>   Defendants. | **NOTICE OF WITHDRAWAL OF MOTION FOR TRO AND PRELIMINARY INJUNCTION**<br><br>Case No. 2:26-cv-00096-AMA<br><br>Judge Ann Marie McIff Allen |

Plaintiff Southern Utah Wilderness Alliance ("SUWA") hereby notifies the court of its withdrawal of its Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 3). An amended *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction will be filed contemporaneously.

February 6, 2026

/s/ Stephen Bloch
Stephen H.M. Bloch
Hanna Larsen
SOUTHERN UTAH WILDERNESS ALLIANCE

Mitch M. Longson
MANNING CURTIS BRADSHAW
& BEDNAR PLLC

Trevor J. Lee
HOGGAN LEE HUTCHINSON

*Attorneys for Plaintiff Southern Utah Wilderness Alliance*