# EXHIBIT 3

# Wilderness Quality Lands and the Hole-in-the-Rock Road, Grand Staircase-Escalante National Monument (GSENM)

**Legend**

- ▭ GSENM Boundary
- ▬ Hole-in-the-Rock Road
- ▭ County Boundaries
- ▪ Glen Canyon National Recreation Area
- ▪ Wilderness Study Areas (GSENM Final RMP 2025)

Lands with Wilderness Characteristics (GSENM Final RMP 2025)

- ▪ LWC managed to protect wilderness characteristics
- ▪ LWC managed to minimize impacts to wilderness characteristics
- ▪ Managed for discretionary use



Escalante

US 12

GARFIELD COUNTY
KANE COUNTY

KANE COUNTY
SAN JUAN COUNTY

0  1.5  3  4.5  6
Miles

## SUWA

SOUTHERN UTAH WILDERNESS ALLIANCE

425 East 100 South
Salt Lake City, UT 84111
801 486 3161
www.suwa.org

D. Callahan (2/4/2026) | Data: BLM, UGRC, NPS | Project #866