# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Plaintiff, <br><br> v. <br><br> **GARFIELD COUNTY, UTAH**, a political subdivision, the **STATE OF UTAH**, the **UNITED STATES BUREAU OF LAND MANAGEMENT**, and the **UNITED STATES DEPARTMENT OF THE INTERIOR**, <br><br> Defendants. | **DECLARATION OF DELANEY CALLAHAN** <br><br> Case No. 2:26-cv-00096 <br><br> Judge |

I, **DELANEY CALLAHAN**, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge and experience.

2. I have worked full-time as a Geographic Information Systems ("GIS") analyst for the Southern Utah Wilderness Alliance ("SUWA") since February 2023. My work at SUWA includes analyzing State of Utah, Federal, and other publicly-available data related to energy and minerals development, wildlife habitats, vehicle travel routes, sound propagation, and viewsheds. I employ GIS to provide mapping analysis to support SUWA's work on public land management issues. GIS software uses geospatial data to create maps and perform analyses. GIS is recognized

as an important tool for communication and problem-solving by government, industry, and conservation organizations throughout the country.

3.   I have a Bachelor of Arts degree in Geography, a minor in Environmental Science and Policy, and a GIS Certification from California State University, Long Beach. I have a Master of Arts degree in Applied Geography and Geospatial Science from the University of Colorado Denver. The coursework leading to these degrees included applications in environmental GIS, advanced geospatial methods, programming and automation, multivariate and spatial statistics, and advanced remote sensing.

4.   Attached hereto as Exhibit A is a map of Wilderness Quality Lands and the Hole-in-the-Rock Road in Grand Staircase-Escalante National Monument. I prepared this map in support of SUWA's Motion for a Temporary Restraining Order and Preliminary Injunction and Memorandum in Support in the above-captioned matter. I used the Environment Systems Research Institute's ("ESRI") ArcGIS Pro (3.5.4), an industry standard software application, for all data processing and to create the map.

5.   The basemap used in Exhibit A is provided as a vector tile service by ESRI and made available to the public through ArcGIS Online. It is called "Light Gray Canvas" and is a "detailed vector basemap for the world symbolized with a light gray, neutral background style with minimal colors, labels, and features that is designed to draw attention to your thematic content.  The map includes highways, major roads, minor roads, railways, water features, cities, parks, landmarks, building footprints, and administrative boundaries." More information on this basemap can be found at:

https://www.arcgis.com/home/item.html?id=979c6cc89af9449cbeb5342a439c6a76  (last visited

Feb. 4, 2026). ESRI basemaps are specifically designed to be used by GIS professionals as a base data layer to then overlay thematic layers.

6. On top of the base layer, several different datasets from various authoritative sources were overlaid. The Grand Staircase-Escalante National Monument boundary were obtained via a geodatabase download from the Resource Management Plan's official project page on the BLM National NEPA Register website. The download is titled "2025 Final ROD GIS data.zip" and the feature class within is titled "GSENM_RMP_intro_PlanningArea". It can be found at https://eplanning.blm.gov/Project-Home/?id=91d264cd-a7f2-f011-8406-001dd80ef717 (last visited Feb. 4, 2026), under the Documents tab. This data includes representation of the spatial extent and boundaries of Presidential Proclamation 10286—Grand Staircase-Escalante National Monument. This data was downloaded in the appropriate projection for the project site (NAD 83 UTM Zone 12N), so no re-projection[1] of data was needed.

7. The Glen Canyon National Recreation Area boundary data were obtained from the National Park Service, titled "NPS Ownership Boundaries." It represents the official fee boundary data created and maintained by the Lands Resources Division of the National Park Service. Data can be found at https://www.arcgis.com/home/item.html?id=373a421a19564b0996ff30d554be964b (last visited Feb. 4, 2026). No download was needed as it was brought in directly to the ArcGIS Pro mapping software as a hosted feature layer. A definition query was applied to limit display to just Glen Canyon National Recreation Area.

---

[1] Re-projection refers to changing the coordinate values of a dataset from one coordinate system to another coordinate system. Having all datasets in the same projection is important for accuracy of spatial relationships.

8. The Utah county boundaries data were obtained from the Utah Geospatial Resource Center, titled "Utah County Boundaries". It represents the most current version of Utah county boundaries. Data can be found at https://www.arcgis.com/home/item.html?id=90431cac2f9f49f4bcf1505419583753 (last visited Feb. 4, 2026). No download was needed as it was brought in directly to the ArcGIS Pro mapping software as a hosted feature layer.

9. The Grand Staircase-Escalante National Monument Wilderness Study Area data were obtained via a geodatabase download from the Resource Management Plan's official project page on the BLM National NEPA Register website. The download is titled "2025 Final ROD GIS data.zip" and the feature class within is titled "GSENM_RMP_Alts_SpecialDes_WSA_BLM". It can be found at https://eplanning.blm.gov/Project-Home/?id=91d264cd-a7f2-f011-8406-001dd80ef717 (last visited Feb. 4, 2026), under the Documents tab. This data was downloaded in the appropriate projection for the project site (NAD 83 UTM Zone 12N), so no re-projection of data was needed.

10. The Grand Staircase-Escalante National Monument Lands with Wilderness Characteristics data were obtained via a geodatabase download from the Resource Management Plan's official project page on the BLM National NEPA Register website. The download is titled "2025 Final ROD GIS data.zip" and the feature class within is titled "GSENM_RMP_Alts_Res_LWC_AltE". It can be found at https://eplanning.blm.gov/Project-Home/?id=91d264cd-a7f2-f011-8406-001dd80ef717 (last visited Feb. 4, 2026), under the Documents tab. This data was downloaded in the appropriate projection for the project site (NAD 83 UTM Zone 12N), so no re-projection of data was needed.

11. The Hole-in-the-Rock Road data were obtained from the Utah Geospatial Resource Center, titled "Utah Roads". It is a "multi-purpose statewide roads dataset for cartography and range based-address location". Data can be found at https://www.arcgis.com/home/item.html?id=478fbef62481427f95a3510a4707b24a (last visited Feb. 4, 2026). No download was needed as it was brought in directly to the ArcGIS Pro mapping software as a hosted feature layer. Hole-in-the-Rock Road was isolated by selecting all attributes whose full name matched the text "HOLE IN THE ROCK RD", then the selection was exported as a feature class to a local geodatabase for further symbolizing.

12. No other analyses or data manipulation were performed other than what has been stated herein.

13. Once all the data was processed and symbolized, and after I combined each of the data layers, I exported the final map as a portable document format ("PDF").

14. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: February 4, 2026

*/s/ Delaney Callahan*
Delaney Callahan

# EXHIBIT A

# Wilderness Quality Lands and the Hole-in-the-Rock Road in Grand Staircase-Escalante National Monument (GSENM)

**Legend:**
- GSENM Boundary
- Hole-in-the-Rock Road
- County Boundaries
- Glen Canyon National Recreation Area
- Wilderness Study Areas (GSENM Final RMP 2025)

**Lands with Wilderness Characteristics (GSENM Final RMP 2025):**
- LWC managed to protect wilderness characteristics
- LWC managed to minimize impacts to wilderness characteristics
- Managed for discretionary use

SUWA
SOUTHERN UTAH WILDERNESS ALLIANCE

425 East 100 South
Salt Lake City, UT 84111
801 486 3161
www.suwa.org

D. Callahan (2/4/2026) | Data: BLM, UGRC, NPS | Project #866