ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0207

Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>　　　Plaintiff,<br>v.<br><br>GARFIELD COUNTY, UTAH, et al.,<br><br>　　　Defendants. | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT UNITED STATES**<br><br>Case No. 2:26-cv-00096-AMA<br><br>Judge Ann Marie McIff Allen |

In accordance with DUCivR 83-1.1(b) and (d), please enter the appearance of Joseph H. Kim as counsel for the Federal Defendants (the United States Bureau of Land Management and the United States Department of the Interior) in the above-captioned case. Mr. Kim acknowledges the obligation to abide by, and agrees to abide by, the Utah Rules of Professional Conduct and Civility.

RESPECTFULLY SUBMITTED this 9th day of February, 2026.

　　　　　　　　　　　　　　　　ADAM R. F. GUSTAFSON
　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　 */s/ Joseph H. Kim*
　　　　　　　　　　　　　　　　JOSEPH H. KIM, Trial Attorney
　　　　　　　　　　　　　　　　Natural Resources Section

        Environment & Natural Resources Division
        United States Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Telephone: (202) 305-0207

        *Attorneys for the United States*

Of Counsel:
Michael D. Smith
Office of the Solicitor
Elizabeth A. Schulte
Office of the Regional Solicitor
U.S. Department of the Interior