AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE <br><br> *Plaintiff(s)* <br> v. <br> GARFIELD COUNTY, a political subdivision, the STATE OF UTAH, the UNITED STATES BUREAU OF LAND MANAGEMENT, and the UNITED STATES DEPARTMENT OF THE INTERIOR <br><br> *Defendant(s)* | Civil Action No. 2:26-cv-00096 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  State of Utah
Utah Attorney General's Office
350 N State Street, Suite #230
Salt Lake City, UT 84114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hanna Larsen
Southern Utah Wilderness Alliance
425 E 100 S
Salt Lake City, UT 84111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Gary P Serdar
*CLERK OF COURT*

Date: 02/05/2026

*Signature of Clerk or Deputy Clerk*

# CERTIFICATE OF SERVICE

**Case Info:**

**PLAINTIFF:**
SOUTHERN UTAH WILDERNESS ALLIANCE
  -versus-
**DEFENDANT:**
GARFIELD COUNTY, et al

Utah United States District Court

Issuance Date: 2/5/2026  Court Case # **2:26-cv-00096-RJS**

**Service Info:**

**Date Received: 2/6/2026** at **09:40 AM**
**Service:** I Served **STATE OF UTAH c/o Utah Attorney General's Office**
With: **SUMMONS IN A CIVIL ACTION; MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT; EXHIBIT 1-4; CIVIL COVER SHEET; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; EXHIBIT 1-6**
by leaving with **BRITTNEE BASSETT, AGENT FOR SERVICE OF PROCESS**

**At Business 350 N STATE ST, SUITE 230 SALT LAKE CITY, UT 84114**
Latitude: **40.777214**,  Longitude: **-111.888004**

On **2/6/2026** at **12:29 PM**
**Manner of Service: GOVERNMENT**
GOVERNMENT

**Served Description: (Approx)**

Age: **27**, Sex: **Female**, Race: **White-Caucasian**, Height: **Sitting**, Weight: **165**, Hair: **Blond** Glasses: **No**

**Charges:**

Fax/Email Transmittal (81)  $20.25
Salt Lake County Zone 1 (1)  $55.00
Rush Service (1)  $40.00
TOTAL: $115.25

I **Ray Christensen** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: _____ 2/9/2026
**Ray Christensen**
Lic # **A133021**

**Beehive Attorney Service**
107 S 1470 E, Suite 201
Saint George, UT 84790
Phone: (800) 779-0379

Our Job # **97670**

1 of 1