AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Utah

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  2:26-cv-00096 |
| GARFIELD COUNTY, a political subdivision, the STATE OF UTAH, the UNITED STATES BUREAU OF LAND MANAGEMENT, and the UNITED STATES DEPARTMENT OF THE INTERIOR | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hanna Larsen
Southern Utah Wilderness Alliance
425 E 100 S
Salt Lake City, UT 84111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
_CLERK OF COURT_

Date: _____02/05/2026_____          _____
                                         _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00096

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Interior
was received by me on *(date)*   02/00/126   .

❑ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
    FRCP 4(i)

My fees are $   0   for travel and $   0   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  02/06/126

_____
*Server's signature*

Hanna Larsen Staff Attorney
*Printed name and title*

425 E 100 S
Salt Lake City, UT 84111
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

SOUTHERN UTAH WILDERNESS ALLIANCE

)
)
)
)
_____ )
*Plaintiff(s)* )
v. )
)
GARFIELD COUNTY, a political subdivision, the )
STATE OF UTAH, the UNITED STATES BUREAU OF )
LAND MANAGEMENT, and the UNITED STATES )
DEPARTMENT OF THE INTERIOR )
_____ )
*Defendant(s)* )

Civil Action No. 2:26-cv-00096

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pamela Bondi, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hanna Larsen
Southern Utah Wilderness Alliance
425 E 100 S
Salt Lake City, UT 84111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date: _____02/05/2026_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00096

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Pamela Bondi, US Attorney General

was received by me on *(date)*  02/05/26 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

FRCP 4(i)

My fees are $   0   for travel and $   0   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 02/06/26

_____
*Server's signature*

Hanna Larsen, Staff Attorney
*Printed name and title*

425 E 100 S
Salt Lake City, UT 84111
*Server's address*

Additional information regarding attempted service, etc:

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee $5.30

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage $4.14

$

Total Postage and Fees

$

02/06/2026

Sent To  Department of Interior

Street and Apt. No., or PO Box No.  1849 C Street NW

City, State, ZIP+4®  Washington, DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee $5.30

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage $4.14

$

Total Postage and Fees

$

02/06/2026

Sent To  Pam Bondi, Attorney General

Street and Apt. No., or PO Box No.  950 Pennsylvania Ave NW

City, State, ZIP+4®  Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions



# UNITED STATES POSTAL SERVICE.

WEST JORDAN
7901 S 3200 W
WEST JORDAN, UT 84088-9998
www.usps.com

02/06/2026                              11:15 AM

- - - - - - - - - - - - - - - - - - - - - - - - - -
TRACKING NUMBERS
7020316000068354591
7020316000068354584
- - - - - - - - - - - - - - - - - - - - - - - - - -

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



- - - - - - - - - - - - - - - - - - - - - - - - - -
TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply
- - - - - - - - - - - - - - - - - - - - - - - - - -

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available
- - - - - - - - - - - - - - - - - - - - - - - - - -

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $4.14 |
| Large Envelope | | | |
| Washington, DC 20240 | | | |
| Weight: 0 lb 9.20 oz | | | |
| Estimated Delivery Date | | | |
| Wed 02/11/2026 | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 70203160000068354591 | | | |
| Return Receipt | | | $4.40 |
| Tracking #: | | | |
| 9590 9402 6293 0274 2460 58 | | | |
| Total | | | $13.84 |
| | | | |
| First-Class Mail® | 1 | | $4.14 |
| Large Envelope | | | |
| Washington, DC 20530 | | | |
| Weight: 0 lb 9.70 oz | | | |
| Estimated Delivery Date | | | |
| Wed 02/11/2026 | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 70203160000068354584 | | | |
| Return Receipt | | | $4.40 |
| Tracking #: | | | |
| 9590 9402 6293 0274 2460 65 | | | |
| Total | | | $13.84 |

- - - - - - - - - - - - - - - - - - - - - - - - - -
Grand Total:                          $27.68
- - - - - - - - - - - - - - - - - - - - - - - - - -
                                      $27.68
Credit Card Remit
    Card Name: VISA
    Account #: XXXXXXXXXXXX6145
    Approval #: 05410G
    Transaction #: 747
    AID: A0000000031010    Contactless
    AL: VISA CREDIT
    CAPITAL ONE VISA