Stephen H.M. Bloch (#7813)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS
ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

Mitch M. Longson (#15661)
MANNING CURTIS BRADSHAW
& BEDNAR PLLC
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com

Trevor J. Lee (#16703)
HOGGAN LEE HUTCHINSON
257 E 200 S, #1050
Salt Lake City, UT 84111
Telephone: (435) 615-2264
trevor@hlh.law

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Plaintiff, <br><br> v. <br><br> **GARFIELD COUNTY, UTAH**, *et al.*, <br><br> Defendants. | **NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> Case No. 2:26-cv-00096-AMA <br><br> Judge Ann Marie McIff Allen |

Plaintiff Southern Utah Wilderness Alliance ("SUWA") respectfully submits this Notice of Supplemental Evidence in support of its Ex Parte Motion for a Temporary Restraining Order ("Motion") (ECF No. 18). This supplemental evidence is provided to further demonstrate the need for immediate ex parte relief.

Defendant Garfield County has continued to illegally improve the Hole-in-the-Rock Road on Monday, February 9. *See* Declaration of Andrew Ferrigno ¶¶ 4-5 (attached as Ex. 1). In

particular, the County has now made improvements to at least 4.34 miles of the road (compared to the approximate 3.50 miles of work observed by Mr. Hanley on Wednesday, February 4) including widening the road and installing new culverts, as shown in Mr. Ferrigno's photos. *Id.* ¶¶ 5-6. For the reasons explained in SUWA's Motion, and as further documented by Mr. Ferrigno, SUWA continues to be irreparably harmed by Garfield County's unlawful actions.

SUWA respectfully requests that the Court consider this supplemental evidence in support of its pending Motion and issue a temporary restraining order to prevent further irreparable harm to SUWA.

Respectfully submitted, this 9th day of February, 2026.

/s/ Hanna Larsen
Stephen H.M. Bloch
Hanna Larsen
SOUTHERN UTAH WILDERNESS ALLIANCE

Mitch M. Longson
MANNING CURTIS BRADSHAW
& BEDNAR PLLC

Trevor J. Lee
HOGGAN LEE HUTCHINSON

*Attorneys for Plaintiff Southern Utah Wilderness Alliance*