# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>    Plaintiff,<br><br>v.<br><br>**GARFIELD COUNTY, UTAH**, *et al.*,<br><br>    Defendants. | **DECLARATION OF ANDREW FERRIGNO**<br><br>Case No. 2:26-cv-00096-AMA<br><br>Judge Ann Marie McIff Allen |

I, **ANDREW FERRIGNO**, declare as follows:

1.      I have personal knowledge of each of the facts set forth below and, if called upon to do so, could and would testify regarding the following. This declaration is filed in support of Southern Utah Wilderness Alliance's ("SUWA") lawsuit in the above-captioned matter.

2.      I live in Escalante, Utah.

3.      I am familiar with the Hole-in-the-Rock Road and have driven it many times for approximately eight years. I sometimes drive the whole length of the road and often drive at least to the Garfield/Kane County line.

4.      On the afternoon of Monday, February 9, 2026, I drove the Hole-in-the-Rock Road. I started at the junction with Highway 12 and drove south for 4.34 miles. I used a GPS app called Strava to track the distance.

5.      During the drive, I saw several construction vehicles. County road activities, including culvert work and road widening, were evident for approximately 4.34 miles.

6.      The following photos are from that trip down the Hole-in-the-Rock Road:

*Photo 1 - mile 2.28*



*Photo 2 – mile 2.77*



*Photo 3 – mile 2.77*



*Photo 4 – mile 4.34*



I DECLARE, under penalty of perjury, that the foregoing is true and correct.

DATED:        February 9, 2026

*/s/ Andrew Ferrigno*
Andrew Ferrigno
