K. TESS DAVIS, #15831
JASON DEFOREST, #14628
Assistant Attorneys General
Utah Attorney General's Office
DEREK E. BROWN, #10476
UTAH ATTORNEY GENERAL
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116

*Attorneys for Defendants State of Utah and Garfield County, Utah*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Plaintiff,<br>v.<br><br>GARFIELD COUNTY, UTAH, et al.,<br><br>    Defendants. | NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT<br><br>Case No. 2:26-cv-00096-AMA<br><br>Judge Ann Marie McIff Allen |

The undersigned appears as counsel for Defendants State of Utah and Garfield County, Utah. Under Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, correspondence, papers, and other materials relevant to this action should be directed to and served on:

K. Tess Davis
Assistant Attorney General
1594 W North Temple
Salt Lake City, Utah 84116
kaitlindavis@agutah.gov

DATED this 10th day of February, 2026.

                                                                                                                        <u>*/s/ Tess Davis*</u>
                                                                                                                        K. Tess Davis
                                                                                                                        Assistant Attorney General
                                                                                                                        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I certify that on February 10, 2026, the undersigned electronically filed the foregoing **NOTICE OF APPEARANCE OF K. TESS DAVIS AS COUNSEL FOR DEFENDANTS** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

      */s/ Tess Davis*
K. Tess Davis
Assistant Attorney General
Attorney for Defendants