K. TESS DAVIS, #15831

JASON DEFOREST, #14628

Assistant Attorneys General

Utah Attorney General's Office

DEREK E. BROWN, #10476

UTAH ATTORNEY GENERAL

1594 West North Temple, Suite 300

Salt Lake City, Utah 84116

*Attorneys for Defendants State of Utah and Garfield County, Utah*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>  Plaintiff,<br>v.<br><br>GARFIELD COUNTY, UTAH, et al.,<br><br>  Defendants. | NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT<br><br>Case No. 2:26-cv-00096-AMA<br><br>Judge Ann Marie McIff Allen |

The undersigned appears as counsel for Defendants State of Utah and Garfield County, Utah. Under Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, correspondence, papers, and other materials relevant to this action should be directed to and served on:

Jason L. DeForest

Assistant Attorney General

1594 W North Temple

Salt Lake City, Utah 84116

jdeforest@agutah.gov

DATED this 10th day of February, 2026.

/s/ *Jason DeForest*
Jason L. DeForest
Assistant Attorney General
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

 I certify that on February 10, 2026, the undersigned electronically filed the foregoing **NOTICE OF APPEARANCE OF JASON L. DEFOREST AS COUNSEL FOR DEFENDANTS** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

            */s/ Jason DeForest*
            Jason L. DeForest
            Assistant Attorney General
            Attorney for Defendants