Stephen H.M. Bloch (#7813)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS
ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

Mitch M. Longson (#15661)
MANNING CURTIS BRADSHAW
& BEDNAR PLLC
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com

Trevor J. Lee (#16703)
HOGGAN LEE HUTCHINSON
257 E 200 S, #1050
Salt Lake City, UT 84111
Telephone: (435) 615-2264
trevor@hlh.law

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>    Plaintiff,<br><br>v.<br><br>**GARFIELD COUNTY, UTAH**, *et al.*,<br><br>    Defendants. | **STATUS REPORT**<br><br><br>Case No. 2:26-cv-00096-AMA-PK<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Pursuant to the Court's instructions at the Status Conference held on February 11, 2026, the parties have met and conferred and respectfully submit this Status Report which details work performed by Garfield County ("the County") that has recently occurred and is anticipated to occur on the G9000 Hole-in-the-Rock Road ("the Road") in the County.

1. Beginning on January 27, 2026, the County began conducting the following activities on the Road:

    a. Applying fill material to restore original surface elevation (material sourced from private property near the roadway) — ongoing as needed or until chip seal;
    b. Restoration of road prism (grading to restore crown/shoulder/drainage) — ongoing as needed or until chip seal;
    c. Cleaning flare ditches — ongoing as needed;
    d. Replacing existing culverts — ongoing as needed;
    e. Four new culverts installed; others contemplated as needed;[1] and
    f. Preparing surface for magnesium chloride treatment (soil stabilization/dust abatement).

2. As noted in paragraph 1, many of these activities remain ongoing and the County estimates they will take until late March 2026 to complete (weather permitting).

3. The County states that "all road work currently being undertaken by Garfield County on the Road is of the same type it has done historically and falls within the existing/historical footprint of the G9000" and "that all work described above would still need to occur irrespective of the contemplated chip seal project."

4. Once these early 2026 activities conclude, the County does not have additional maintenance to the Road scheduled until the fall of 2026. However, as a result of storm events, road conditions, or the like the County may need to conduct the activities listed in paragraph 1 as necessary to keep the road safe for the traveling public.

---

[1] The parties currently disagree whether the installation of these new culverts constitutes "maintenance" of or an "improvement" to the Road. That disagreement is noted but not further discussed in this Status Report.

5. The County anticipates surfacing approximately 10 miles of the Road within Garfield County with a chip seal treatment. The earliest the County would begin chip sealing the Road is early summer (approximately June 1, 2026). The County anticipates an application of magnesium chloride before chip sealing.[2]

6. The County has been and continues to consult with the Bureau of Land Management ("BLM") regarding this proposed improvement to the Road.

7. On February 11, 2026, representatives from the County, the State of Utah, and BLM met on-site at the Road to discuss the County's maintenance activities and proposed chip sealing.

8. BLM and the County do not presently have an estimated timeline to complete the consultation process.

February 13, 2026

/s/ Stephen Bloch
Stephen H.M. Bloch
Hanna Larsen
SOUTHERN UTAH WILDERNESS ALLIANCE

Mitch M. Longson
MANNING CURTIS BRADSHAW
& BEDNAR PLLC

Trevor J. Lee
HOGGAN LEE HUTCHINSON

*Attorneys for Plaintiff Southern Utah Wilderness Alliance*

---

[2] The County intends to apply a magnesium chloride treatment to the surface of the Road irrespective of whether the chip seal project goes forward as planned; the timing of that treatment is as yet undetermined.

APPROVED AS TO FORM

*/s/ Tess Davis (with permission)*
_____
K. Tess Davis
Jason DeForest
Counsel for Defendants
Garfield County and State of Utah


*/s/ Joseph Kim (with permission)*
_____
Joseph Kim
Counsel for Defendant
Bureau of Land Management and United States Department of the Interior