| | |
|---|---|
| Stephen H.M. Bloch (#7813) <br> Hanna Larsen (#18458) <br> SOUTHERN UTAH WILDERNESS ALLIANCE <br> 425 East 100 South <br> Salt Lake City, UT 84111 <br> Telephone: (801) 486-3161 <br> steve@suwa.org <br> hanna@suwa.org <br><br> *Attorneys for Plaintiff* <br> *Southern Utah Wilderness Alliance* | Mitch M. Longson (#15661) <br> MANNING CURTIS BRADSHAW & BEDNAR PLLC <br> 201 South Main Street, Suite 750 <br> Salt Lake City, UT 84111 <br> Telephone: (801) 363-5678 <br> mlongson@mc2b.com <br><br> Trevor J. Lee (#16703) <br> HOGGAN LEE HUTCHINSON <br> 257 E 200 S, #1050 <br> Salt Lake City, UT 84111 <br> Telephone: (435) 615-2264 <br> trevor@hlh.law |

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Plaintiff, <br><br> v. <br><br> **GARFIELD COUNTY, UTAH** *et al.*, <br><br> Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME** <br><br> Case No. 2:26-cv-00096-AMA-PK <br><br> District Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

In accordance with Federal Rule of Civil Procedure 6(b) and DUCivR 7-1(a)(5), the parties respectfully move the Court for an extension of time until Tuesday, February 17, 2026 to file a proposed schedule to determine next steps in the above-captioned matter.

Good cause exists for the extension. As instructed by the Court at the February 11, 2026 status conference, the parties filed a Joint Status Report on February 13, 2026 (ECF No. 32). They have also met and conferred to develop a proposed schedule, also as instructed by the

Court in the February 11 status conference. The parties seek additional time to continue those discussions. This extension will not prejudice any party, as this motion is stipulated and agreed to by all parties.

Respectfully submitted February 13, 2026.

| | |
|---|---|
| /s/ Hanna Larsen<br>Stephen H.M. Bloch<br>Hanna Larsen<br>SOUTHERN UTAH WILDERNESS ALLIANCE<br><br>Trevor J. Lee<br>HOGGAN LEE HUTCHINSON<br><br>Mitch M. Longson<br>MANNING CURTIS BRADSHAW & BEDNAR PLLC<br><br>*Attorneys for Plaintiff Southern Utah Wilderness Alliance* | APPROVED AS TO FORM:<br><br>/s/ Tess Davis (with permission)<br>K. Tess Davis<br>Jason Deforest<br>UTAH ATTORNEY GENERAL'S OFFICE<br><br>*Attorneys for Defendants Garfield County and State of Utah*<br><br>/s/ Joseph Kim (with permission)<br>Joseph Kim<br>U.S. DEPARTMENT OF JUSTICE<br><br>*Attorneys for Defendants Bureau of Land Management and Department of the Interior* |