Stephen H.M. Bloch (#7813)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

Mitch M. Longson (#15661)
MANNING CURTIS BRADSHAW & BEDNAR PLLC
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com

Trevor J. Lee (#16703)
HOGGAN LEE HUTCHINSON
257 E 200 S, #1050
Salt Lake City, UT 84111
Telephone: (435) 615-2264
trevor@hlh.law

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>  Plaintiff,<br><br>v.<br><br>**GARFIELD COUNTY, UTAH** *et al.*,<br><br>  Defendants. | **[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:26-cv-00096-AMA-PK<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Upon consideration of the parties' Stipulated Motion for Extension of Time to file a proposed schedule, it is ORDERED that the Motion is GRANTED. Parties shall file their proposed schedule(s) in the above-captioned matter no later than February 17, 2026.

SO ORDERED this _____ day of February, 2026.

BY THE COURT:

Magistrate Judge Paul Kohler