# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE,**<br><br>    Plaintiff,<br><br>v.<br><br>**GARFIELD COUNTY, UTAH** *et al.*,<br><br>    Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:26-cv-00096-AMA-PK<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Upon consideration of the parties' Stipulated Motion for Extension of Time[1] to file a proposed schedule, it is ORDERED that the Motion is GRANTED. Parties shall file their proposed schedule(s) in the above-captioned matter no later than February 17, 2026.

SO ORDERED this 17th day of February, 2026.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 33, filed February 13, 2026.