# EXHIBIT 1

55 South Main Street │·PO Box 77 │·Panguitch, Utah 84759
Phone: (435) 676-8826·│ Fax: (435) 676-8239

February 5, 2026

Adé Nelson
Monument Manager
Grand Staircase–Escalante National Monument
Bureau of Land Management
669 South Highway 89A
Kanab, Utah 84741

Re: Response to Request for Additional Information – G9000 Hole-in-the-Rock Road

Dear Ms. Nelson,

Garfield County acknowledges receipt of the Bureau of Land Management's correspondence regarding the County's January 27, 2026 notice concerning activities on the G9000 Hole-in-the-Rock Road.

Title to the G9000 Hole-in-the-Rock Road was quieted in favor of Garfield County and the State of Utah pursuant to the United States District Court for the District of Utah's Memorandum Decision and Order dated July 23, 2025, in Case No. 2:11-cv-01045. As a result, Garfield County holds ownership and responsibility for the operation and maintenance of this transportation corridor.

At present, Garfield County is conducting only routine maintenance activities on the G9000 Hole-in-the-Rock Road. These activities include grading and reshaping the existing roadway, maintenance of drainage features and culverts, cleaning of ditches, and gravel placement where necessary to stabilize the road surface. These are the same types of activities Garfield County has historically performed for decades in its role as highway authority. All work currently underway is occurring within the historical disturbed travel surface and does not expand the alignment, width, or footprint of the road.

No work currently underway constitutes an improvement, and consultation is not required for the maintenance activities presently being performed.

As reflected in the administrative record summarized below, Garfield County has engaged in ongoing coordination and consultation with BLM for several years regarding both routine maintenance and potential future improvements to the Hole-in-the-Rock Road. That coordination has included written notices, meetings, site visits, emergency response coordination, engineering plans, environmental analysis, and formal participation in land use

planning processes. Garfield County believes this history reflects a clear and sufficient understanding of the nature, purpose, and scope of the activities discussed.

By way of summary:

On May 13, 2022, Garfield County submitted a formal written request to BLM regarding surfacing and improvement of the first five miles of the Hole-in-the-Rock Road, including a detailed project description, traffic data, safety concerns, maintenance costs, and a request to initiate consultation.

On May 25, 2022, following a scheduled coordination call, Garfield County provided BLM with a written summary of that discussion, documenting BLM's acknowledgment of deteriorating road conditions, safety concerns, and potential administrative pathways discussed.

On June 2, 2022, BLM responded in writing, acknowledging receipt of the County's request and declining to engage in consultation at that time based on the pending Quiet Title Act litigation.

On July 29, 2022, Garfield County advised BLM that it had exhausted its ability to feasibly maintain the road as a gravel surface and that conditions would continue to degrade absent improvements.

In August 2022, Garfield County and BLM coordinated directly regarding deteriorated and unsafe road conditions following storm events, including joint decisions to temporarily close portions of the road, perform emergency maintenance, and reopen the route.

On October 4, 2022, Garfield County transmitted to BLM a draft Environmental Assessment prepared by the County's consultant and stamped engineering design plans addressing proposed improvements to the Hole-in-the-Rock Road, including drainage, profile corrections, bridge concepts, and potential surfacing within the existing travel surface. BLM confirmed on October 11, 2022 that these materials were added to the official record.

On November 15, 2022, Garfield County submitted formal scoping comments for the Grand Staircase–Escalante National Monument Resource Management Plan requesting analysis of improvements to the Hole-in-the-Rock Road, including surfacing and drainage improvements supported by traffic, safety, and maintenance data.

On October 5, 2023, Garfield County participated in an on-site field visit along the Hole-in-the-Rock Road with the Utah State Director of the Bureau of Land Management, Greg Sheehan, the Paria River District Manager, Harry Barber, representatives of the Public Lands Policy Coordinating Office, and representatives of the Southern Utah Wilderness Alliance. The site visit focused on existing road conditions, safety concerns, drainage failures, and the operational challenges associated with maintaining the route following storm events.

Following the October 5, 2023 field visit, Garfield County, BLM, and representatives of the Public Lands Policy Coordination Office participated in subsequent virtual coordination meetings, including Zoom meetings with BLM leadership and stakeholders, to further discuss road conditions, safety concerns, administrative pathways, and potential approaches to addressing necessary improvements within the existing roadway footprint.

Between October 2023 and June 2024, BLM staff were invited to participate in the Garfield County Transportation Master Plan Steering Committee, during which Hole-in-the-Rock Road conditions and upgrades were discussed as part of a broader countywide transportation planning effort.

Consistent with this history, the County's January 27, 2026 notice was intended to provide transparency and continued coordination regarding maintenance activities currently underway. That notice also reiterated a potential future improvement, namely surfacing with chip seal, which has been disclosed, discussed, engineered, and analyzed with BLM over multiple years. [1]

This understanding is consistent with, and supported by, the Grand Staircase–Escalante National Monument Record of Decision and Approved Resource Management Plan. The RMP expressly contemplates improvements to routes, including the Hole-in-the-Rock Road, where necessary to address public health and safety concerns or to protect monument resources, and defines improvements to include significant changes in surface composition. Surfacing treatments such as chip seal are therefore among the types of improvements anticipated during plan implementation.

With respect to NEPA, the County notes that NEPA applies to major federal actions. Routine maintenance conducted by Garfield County on a County-owned right-of-way does not constitute a major federal action, and consultation alone does not trigger NEPA. Upon review, none of the relevant in case law states or implies that the consultation process necessitates NEPA analysis.

Garfield County believes that the history summarized above constitutes meaningful and sufficient consultation regarding the proposed surfacing improvement. With title to the road now quieted in favor of the County and the State of Utah, Garfield County has provided notice and intends to proceed with the activities identified in its January 27, 2026 notice, consistent with its long-disclosed plans.

Garfield County remains willing to meet with BLM if the agency believes additional discussion would be helpful. However, the County believes the existing administrative record adequately reflects the history of coordination, the distinction between maintenance and improvements, and the scope of activities currently underway.

---

[1] The Tenth Circuit Court of Appeals held in *SUWA v. BLM*, 425 F.3d 735, 748 (10th Cir. 2005), that "the federal land management agency … has an obligation to render its decision in a timely and expeditious manner. The agency may not use its authority, either by delay or by unreasonable disapproval, to impair the rights of the holder of the R.S. 2477 right of way."

Please feel free to contact me if you have specific questions regarding current maintenance operations.

Sincerely,


Public Works Director
Garfield County

cc: Garfield County Commissioners

---

*County Commissioners*
Leland F. Pollock
Jerry A. Taylor
David B. Tebbs

Camille A. Moore, *Auditor/Clerk*
Brayton Talbot, *Recorder/Surveyor*
Joseph Thompson, *Assessor*
Gina Peterson, *Treasurer*

Gary D. Owens, *Justice Court Judge*
Barry L. Huntington, *Attorney*
James D. Perkins, *Sheriff*