# EXHIBIT 2

Friday, February 13, 2026 at 10:35:10 AM Mountain Standard Time

**Subject:** For Status Report - 2:26-cv-96 - Information from Garfield County

**Date:** Thursday, February 12, 2026 at 3:37:54 PM Mountain Standard Time

**From:** Tess Davis

**To:** Steve Bloch, Hanna Larsen, trevor, Kim, Joseph (ENRD), Smith, Michael D, Melinda Moffitt, Schulte, Elizabeth A, Jason DeForest

**CC:** Lauren Cormany, David Reay

-----This email originated from outside the organization-----

Counselors,

I appreciate your patience. Below is a list of work presently being performed by Garfield County on the G9000 Hole-in-the-Rock Road.
___

All road work currently being undertaken by Garfield County on the G9000 is of the same type it has done historically and falls within the existing/historical footprint of the G9000.

In preparation for the chip seal project as outlined in its correspondence, the County commenced the following road work on the G9000 as of its letter dated January 27, 2026:

- Applying fill material to restore original surface elevation (material sourced from private property near the roadway) — ongoing as needed or until chip seal
- Restoration of road prism (grading to restore crown/shoulder/drainage) — ongoing as needed or until chip seal
- Cleaning flare ditches — ongoing as needed
- Replacing existing culverts — ongoing as needed
    - Four new culverts installed; others contemplated as needed
- Preparing surface for magnesium chloride treatment (soil stabilization/dust abatement)
    - Mag treatment to occur prior to chip seal

(Garfield County notes, however, that all work described above would still need to occur irrespective of the contemplated chip seal project.)

Thank you,

**Tess Davis**

**Assistant Attorney General**

1 of 2



**Deputy Director, Natural Resources Division**

**M:** (385) 261-0360
**E:** kaitlindavis@agutah.gov

**Utah Public Lands Policy Coordinating Office**
1594 W. North Temple, Ste 300, SLC, UT 84116

**publiclands.utah.gov**

---

Banner



The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.