IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE,**<br><br>  Plaintiff,<br><br>v.<br><br>**GARFIELD COUNTY, UTAH** *et al.*,<br><br>  Defendants. | **[PROPOSED] ORDER GRANTING STAY**<br><br>Case No. 2:26-cv-00096-AMA-PK<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Upon consideration of Plaintiff Southern Utah Wilderness Alliance's Motion to Stay Proceedings, it is ORDERED that the Motion is GRANTED. Parties shall file a status report in the above-captioned matter no later than April 3, 2026. The contents of the status report shall include updates on 1) the work done on the Hole-in-the-Rock Road ("the Road") since the last status report and 2) consultation efforts between the Defendants regarding any proposed improvements to the Road, including but not limited to chip sealing the Road.

SO ORDERED this _____ day of February, 2026.

BY THE COURT:

_____
District Judge Ann Marie McIff Allen
Magistrate Judge Paul Kohler