JASON DEFOREST (14628)
K. TESS DAVIS (15831)
DAVID REAY (14764)
LAUREN K CORMANY (19494)
Assistant Attorneys General
Utah Attorney General's Office
DEREK BROWN (UT 10476)
Utah Attorney General
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
jdeforest@agutah.gov
kaitlindavis@agutah.gov
dreay@agutah.gov
lcormany@agutah.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF UTAH CENTRAL DIVISION

| SOUTHERN UTAH WILDERNESS ALLIANCE<br><br>Plaintiffs,<br><br>v.<br><br>GARFIELD COUNTY, UTAH *et al.*,<br><br>Defendants. | Case No. 2:26-cv-00096-AMA-PK<br><br>**NOTICE OF APPEARANCE**<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |
|---|---|

The undersigned appears as counsel for Defendants State of Utah. Under Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, correspondence, papers, and other materials relevant to this action should be directed to and served on:

Lauren Cormany
Assistant Attorneys General
1594 W North Temple Salt Lake City, Utah 84116
lcormany@agutah.gov

DATED this 24th day of February, 2026.

/s/ Lauren Cormany
Lauren Cormany
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2026, the undersigned electronically transmitted the foregoing **NOTICE OF APPEARANCE OF LAUREN CORMANY AS COUNSEL FOR DEFENDANTS** to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record:

/s/ Lauren Cormany
Lauren Cormany