K. TESS DAVIS (15831)
JASON L. DEFOREST (14628)
DAVID A. REAY (14764)
LAUREN K. CORMANY (19494)
Assistant Attorneys General
DEREK BROWN (10476)
UTAH ATTORNEY GENERAL
1594 W North Temple
Salt Lake City, UT 84116
(385) 867-9713
kaitlindavis@agutah.gov
jdeforest@agutah.gov
dreay@agutah.gov
lcormany@agutah.gov

*Attorneys for Defendants Garfield County, Utah and State of Utah*

IN THE UNITED STATES JUDICIAL DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Plaintiff,<br><br>v.<br><br>GARFIELD COUNTY, UTAH, a political subdivision, the STATE OF UTAH, the U.S. BUREAU OF LAND MANAGEMENT, and the U.S. DEPARTMENT OF THE INTERIOR,<br><br>    Defendants, | **STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**<br><br>Case No. 2:26-cv-00096-AMA-PK<br><br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Defendants the State of Utah and Garfield County, Utah (collectively "State Defendants") respectfully move this Court for an extension of time for State Defendants to answer or otherwise plead in the above-captioned matter (*Southern Utah Wilderness Alliance v. Garfield County, et al.*, Case No. 2:26-cv-96-AMA-PK). State Defendants' answer or other responsive pleading is currently due on Monday, March 2, 2026.

By this motion, the State Defendants respectfully request the Court to extend their deadline to answer or otherwise plead until briefing on Plaintiff's Motion to Stay Proceedings is complete and a decision is issued. State Defendants request an extension of one week from the date that the Motion to Stay is decided. Good cause exists for State Defendants' request due to ongoing briefing on Plaintiff's Motion to Stay, as well as the impact the Court's decision on that Motion may have on the procedural posture of this case.

State Defendants have discussed the requested extension with all parties. The undersigned is authorized to represent to the Court that Plaintiff and Federal Defendants do not oppose the request for extension. Proposed order submitted herewith.

RESPECTFULLY SUBMITTED this 27th day of February 2026.

UTAH ATTORNEY GENERAL'S OFFICE

*/s/ Tess Davis*
K. TESS DAVIS
JASON L. DEFOREST
DAVID A. REAY
LAUREN K. CORMANY
Assistant Attorneys General

*Attorneys for Defendants State of Utah and Garfield County, Utah.*

## CERTIFICATE OF SERVICE

I certify that on February 27, 2026, the undersigned electronically filed the foregoing **STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record:

*/s/ Tess Davis*
K. TESS DAVIS
Assistant Attorney General

*Attorney for Defendants State of Utah and Garfield County, Utah*