# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Plaintiff,<br><br>v.<br><br>GARFIELD COUNTY, UTAH, a political subdivision, the STATE OF UTAH, the U.S. BUREAU OF LAND MANAGEMENT, and the U.S. DEPARTMENT OF THE INTERIOR,<br><br>    Defendants, | **ORDER (Proposed)**<br><br>Case No. 2:26-cv-96<br><br>Honorable Ann Marie McIff Allen |

The Court, having received and reviewed the Unopposed Motion for Extension of Time filed by the State of Utah and Garfield County, Utah, and good cause appearing, hereby grants the Motion. State Defendants shall answer or otherwise plead in the above-captioned case within seven (7) days of this Court's decision on Plaintiff's pending Motion to Stay Proceedings.

DATED this _____ day of _____, 2026.

BY THE COURT:

_____
The Honorable Ann Marie McIff Allen
United States District Court Judge, District of Utah