# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE,**<br><br>    Plaintiff,<br><br>v.<br><br>**GARFIELD COUNTY, UTAH** *et al.*,<br><br>    Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**<br><br>Case No. 2:26-cv-00096-AMA-PK<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

The Court, having received and reviewed the Unopposed Motion for Extension of Time filed by the State of Utah and Garfield County, Utah,[1] and good cause appearing, hereby grants the Motion. State Defendants shall answer or otherwise plead in the above-captioned case within seven (7) days of this Court's decision on Plaintiff's pending Motion to Stay Proceedings.

SO ORDERED this 2nd day of March, 2026.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 43, filed February 27, 2026.