ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0207

Attorneys for Defendant United States of America

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

---

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>        Plaintiff,<br><br>v.<br><br>GARFIELD COUNTY, UTAH, et al.,<br><br>        Defendants. | **DEFENDANT UNITED STATES' RESPONSE TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS**<br><br>Case No. 2:26-cv-00096-AMA<br><br>Judge Ann Marie McIff Allen |

---

Plaintiff has filed a Motion to Stay Proceedings (Dkt. No. 37). Federal Defendants (the United States Bureau of Land Management and the United States Department of the Interior) take no position on this motion.

RESPECTFULLY SUBMITTED this 3rd day of March, 2026.

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General

 /s/ Joseph H. Kim
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0207

*Attorneys for the United States*

Of Counsel:
Michael D. Smith
Office of the Solicitor
Elizabeth A. Schulte
Office of the Regional Solicitor
U.S. Department of the Interior