# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| SUWA<br><br>**Plaintiff,**<br><br>vs.<br><br>Garfield County, State of Utah, et al.<br><br>**Defendants.** | Case No. 2:26-cv-00096-AMA |

## TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒ Attorney:   Hanna Larsen

☒ Party:   Plaintiff, SUWA

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|

2/11/2026        Status Conference-Zoom

**DOCKET CLERK:**

Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date:   March 12, 2026              Tasha Sisneros
                                    Court Reporter