ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0207

Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>     Plaintiff,<br><br>v.<br><br>GARFIELD COUNTY, UTAH, et al.,<br><br>     Defendants. | **DEFENDANT UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br><br>Case No. 2:26-cv-00096-AMA-PK<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Plaintiff has filed a Motion to Stay Proceedings (Dkt. No. 37) that remains pending. Defendants the State of Utah and Garfield County, Utah have moved for an extension of time to answer or otherwise plead (Dkt. No. 43), and that motion has been granted such that their deadline to answer or otherwise plead is now seven (7) days after this Court's decision on Plaintiff's pending Motion to Stay Proceedings. Dkt. No. 44. Federal Defendants (the United States Bureau of Land Management and the United States Department of the Interior) currently have a deadline to answer or otherwise plead by April 7, 2026. By this motion, Federal Defendants seek a similar extension of time such that their deadline to answer or otherwise plead will similarly be seven (7) days after this Court's decision on Plaintiff's pending Motion to Stay Proceedings. Counsel for Federal Defendants has conferred with counsel for the other parties

about this motion, and Plaintiff takes no position, and Defendants the State of Utah and Garfield

County, Utah do not object.

          RESPECTFULLY SUBMITTED this 1st day of April, 2026.

                                 ADAM R. F. GUSTAFSON
                                 Principal Deputy Assistant Attorney General

                               */s/ Joseph H. Kim*
                                 JOSEPH H. KIM, Trial Attorney
                                 Natural Resources Section
                                 Environment & Natural Resources Division
                                 United States Department of Justice
                                 P.O. Box 7611
                                 Washington, D.C. 20044-7611
                                 Telephone: (202) 305-0207

                                 *Attorneys for the United States*

Of Counsel:
Michael D. Smith
Office of the Solicitor
Elizabeth A. Schulte
Office of the Regional Solicitor
U.S. Department of the Interior