ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0207

Attorneys for Defendant United States of America

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

---

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>     Plaintiff,<br><br>v.<br><br>GARFIELD COUNTY, UTAH, et al.,<br><br>     Defendants. | **[PROPOSED] ORDER ON DEFENDANT UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br><br>Case No. 2:26-cv-00096-AMA-PK<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

The Court, having received and reviewed the Unopposed Motion for Extension of Time filed by Federal Defendants (the United States Bureau of Land Management and the United States Department of the Interior), and good cause appearing, hereby grants the Motion. Federal Defendants shall answer or otherwise plead in the above-captioned case within seven (7) days of this Court's decision on Plaintiff's pending Motion to Stay Proceedings.

DATED this _____ day of _____, 2026.

BY THE COURT:

_____
The Honorable Ann Marie McIff Allen
United States District Court Judge, District of Utah