IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Plaintiff,<br>v.<br><br>GARFIELD COUNTY, UTAH, et al.,<br><br>    Defendants. | **ORDER ON DEFENDANT UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br><br>Case No. 2:26-cv-00096-AMA-PK<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

The Court, having received and reviewed the Unopposed Motion for Extension of Time filed by Federal Defendants (the United States Bureau of Land Management and the United States Department of the Interior),[1] and good cause appearing, hereby grants the Motion. Federal Defendants shall answer or otherwise plead in the above-captioned case within seven (7) days of this Court's decision on Plaintiff's pending Motion to Stay Proceedings.

DATED this 2nd day of April, 2026.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 49, filed April 1, 2026.