Stephen H.M. Bloch (#7813)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS
ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

Mitch M. Longson (#15661)
MANNING CURTIS BRADSHAW
& BEDNAR PLLC
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com

Trevor J. Lee (#16703)
HOGGAN LEE HUTCHINSON
257 East 200 South, #1050
Salt Lake City, UT 84111
Telephone: (435) 615-2264
trevor@hlh.law

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Plaintiff, <br><br> v. <br><br> **GARFIELD COUNTY, UTAH** *et al.*, <br><br> Defendants. | **PLAINTIFF'S EMERGENCY MOTION FOR STATUS CONFERENCE** <br><br> Case No. 2:26-cv-00096-AMA-PK <br><br> District Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

New developments regarding the imminently planned improvements to the Hole-in-the-Rock Road (the "Road") have created an urgent need for the Court to hear from the parties regarding scheduling and the timeline for proposed chip-sealing of the Road. Thus, in accordance with Federal Rule of Civil Procedure 16(a), Plaintiff Southern Utah Wilderness Alliance ("SUWA") respectfully moves this Court to hold a status conference at the earliest practicable

date to discuss the status of the case and Defendants' actions, scheduling, and any other next steps the Court may deem necessary.

## **BACKGROUND**

This case challenges Defendants State of Utah's and Garfield County's (collectively, "Garfield County") improvements to the Hole-in-the-Rock Road that have been implemented since approximately January 30, 2026 as well as those still planned for completion in the coming days. Such improvements, some completed and some planned, include widening, vertical and horizontal realignment, installation of new culverts, and, significantly, chip sealing the Road. Additionally, this case challenges the Federal Defendants' (collectively, "BLM") oversight and approval (or lack thereof) of the County's improvements to the Road. The basis for SUWA's claims is the Defendants' failure to consult on the proposed improvements prior to conducting the road work.

Initially, SUWA moved for a temporary restraining order and preliminary injunction to stop the ongoing improvements. *See generally* ECF Nos. 3, 18. Though this Court denied a temporary restraining order, ECF No. 29, it held a status conference on February 11, 2026 to discuss road work updates, case scheduling, and other next steps. At that status conference, counsel for Garfield County represented that consultation was ongoing and chip sealing the Road would not take place until "early summer … [l]ate May, early June." Hr'g Tr. 13-15 (Feb. 11, 2026). SUWA subsequently withdrew its Motion for a Preliminary Injunction on February 17, 2026, ECF No. 36, and moved to stay all proceedings until Defendants completed the consultation process.[1] ECF No. 37. That motion remains pending and all Defendants requested

---

[1] Garfield County opposed this motion. *See* ECF No. 40.

and were granted an extension of time to file their answers to SUWA's complaint until seven days after this Court decides SUWA's Motion to Stay All Proceedings. *See* ECF Nos. 43, 44, 49, 50. As such, no responsive pleadings have been filed thus far.

<u>**RECENT DEVELOPMENTS NECESSITATING A STATUS CONFERENCE**</u>

In the last three weeks, SUWA has learned of two new developments that warrant a status conference. *First*, in its April 13, 2026 county commission meeting, Garfield County stated that the planned "oil" (*i.e.*, chip seal) date for the Road is May 18, 2026. Garfield Cnty. Comm'n, April 13, 2026 Commission Meeting, at 00:35:00-00:35:23 (April 13, 2026), *available at* https://www.utah.gov/pmn/files/1417863.mp3 (last visited May 6, 2026). As SUWA has explained, chip sealing the Road would significantly alter the surface condition of the Road and, if completed in the next few weeks (almost certainly before this case will be resolved), cause irreparable harm to SUWA and its interests.

*Second*, on May 5, 2026, SUWA's counsel received an email from the Department of Justice stating that

> BLM has completed its consultation related to the County's proposal to chip seal a portion of Hole-in-the-Rock Road and anticipates notifying the County in the next several days.  [BLM] will provide [SUWA] with a copy of the BLM's notification letter within two business days after sending it to the County.

Email from Romney Philpott, U.S. Dep't of Justice to Hanna Larsen *et al.*, S. Utah Wilderness All., *Re: Notice Pursuant to Notice Order in TWS v. Biden* (May 5, 2026) (attached as Ex. 1). The completion of consultation and the BLM's imminent decision on Garfield County's chip sealing proposal are significant developments that affect both the nature of this case and the scope of the relief SUWA seeks.

3

In light of these developments, SUWA intends to amend and supplement its Complaint and take any other action it deems necessary to protect its interests in the Road. However, it cannot do so until it receives a copy of BLM's decision on the proposed chip sealing. Given that the Department of Justice did not state with specificity when BLM plans to notify Garfield County of its decision, it is reasonable to expect that Garfield County may begin chip sealing the Road before SUWA is able to file its Amended and Supplemental Complaint.

Moreover, given the impactful nature of a chip sealed road, SUWA intends to file a revised Motion for a Temporary Restraining Order and/or Preliminary Injunction based on its forthcoming Amended and Supplemental Complaint. However, under the standard preliminary injunction briefing schedule, it is highly likely that the chip sealing will be completed before the Motion is fully briefed and adjudicated unless there is an agreed-upon schedule or other order preserving the *status quo*. *See, e.g.*, *S. Utah Wilderness All. v. U.S. Dep't of the Interior*, 2:19-cv-00297-DBB, 2021 U.S. Dist. LEXIS 63395, *8 (D. Utah Mar. 31, 2021) (There, Garfield County had proposed to chip seal a 7.5-mile segment of the Burr Trail. BLM informed the County of its decision that the project was reasonable and necessary on Friday, April 26, 2019, and the chip sealing was completed "within a few days." However, BLM did not make its decision available to the public until the afternoon of Monday, April 29, 2019. Pls.' Opening Br., 75 (ECF No. 75). By April 30, 2019, approximately two-thirds of the chip sealing was completed. Bloxham Supp. Decl. ¶¶ 3-4 (ECF No. 37-7)).

In an effort to streamline the issues to be addressed at a status conference, SUWA's counsel asked Garfield County's counsel whether the County would wait for resolution of SUWA's objections to the County's plans to chip seal the Road before proceeding with the chip

sealing. *See* Emails from Hanna Larsen, S. Utah Wilderness All. to Jason DeForest *et al.*, Off. of the Utah Attorney General, *Re: 26cv96 Hole-in-the-Rock Status* (May 7, 2026) (attached as Ex. 2). Garfield County's counsel declined to provide a substantive response. *Id.*

A status conference will allow the parties and the Court to discuss: (1) a schedule for filing and responding to SUWA's forthcoming Amended and Supplemental Complaint, (2) a schedule for briefing SUWA's forthcoming Motion for a Temporary Restraining Order and/or Preliminary Injunction; and (3) the County's anticipated schedule and timeline for chip sealing the Road.

## **CONCLUSION**

Without the Court's involvement, there is a substantial and imminent risk that Garfield County will chip seal the Road before amended and supplemental pleadings are filed and temporary restraining order and/or preliminary injunction briefing is completed, thereby causing SUWA irreparable harm. Thus, for the foregoing reasons, SUWA respectfully requests that the Court schedule a status conference at the earliest opportunity to address the issues arising from the Defendants' completed consultation over chip sealing the Road.


DATED:      May 7, 2026

                              Respectfully,

                              */s/ Hanna Larsen*
                              Stephen H.M. Bloch
                              Hanna Larsen
                              SOUTHERN UTAH WILDERNESS ALLIANCE

                              Trevor J. Lee
                              HOGGAN LEE HUTCHINSON

Mitch M. Longson
MANNING CURTIS BRADSHAW
& BEDNAR PLLC

*Attorneys for Plaintiff Southern Utah
Wilderness Alliance*