# EXHIBIT 2

 Outlook

---

## RE: 26cv96 Hole-in-the-Rock Status

---

**From** Jason DeForest <jdeforest@agutah.gov>

**Date** Thu 5/7/2026 11:51 AM

**To** Hanna Larsen <hanna@suwa.org>; Tess Davis <kaitlindavis@agutah.gov>

**Cc** Steve Bloch <steve@suwa.org>; Mitch Longson <mlongson@mc2b.com>; trevor <trevor@hlh.law>; David Reay <dreay@agutah.gov>; Lauren Cormany <lcormany@agutah.gov>

-----This email originated from outside the organization-----

Hi Hanna,

We do not know what the BLM's decision will be or when the State/County will receive it. As such, we cannot respond to your request for clarification at present. We are happy to revisit this discussion if/when we receive BLM's determination but can't answer these questions until that time.

Best,
Jason



Jason L. DeForest
Section Director, Public Lands and Water Rights
Office of the Utah Attorney General
1594 West North Temple, Suite 300
Salt Lake City, UT  84116
jdeforest@agutah.gov
Direct: (385) 395-9884
Main: (801) 537-7227

*This message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of the original message. Thank you.*

---

**From:** Hanna Larsen <hanna@suwa.org>
**Sent:** Thursday, May 7, 2026 10:34 AM
**To:** Jason DeForest <jdeforest@agutah.gov>; Tess Davis <kaitlindavis@agutah.gov>
**Cc:** Steve Bloch <steve@suwa.org>; Mitch Longson <mlongson@mc2b.com>; trevor <trevor@hlh.law>; David Reay <dreay@agutah.gov>; Lauren Cormany <lcormany@agutah.gov>
**Subject:** Re: 26cv96 Hole-in-the-Rock Status

Thanks, Jason.

To clarify, if the BLM approves or otherwise authorizes the County's proposal, will your clients agree to wait for resolution of the pending legal objections before proceeding with chip sealing the Road? If you can't give us confirmation that Garfield County doesn't intend to proceed with work before the court rules, I think you understand that we will need to seek injunctive relief to

preserve the court's ability to address the legal challenges before the County rushes to complete the chip sealing.


**Hanna Larsen**
Staff Attorney
Southern Utah Wilderness Alliance
425 E 100 S
Salt Lake City, UT 84111
801.428.3992 | hanna@suwa.org

IMPORTANT: The information in this email is confidential attorney communication and may be privileged. It is intended only for the use of the addressee. If you receive this communication and are not the intended recipient, you are hereby notified that the copying or distribution of this communication is prohibited. If you have received this communication in error, please notify us by telephone and return the message to us at the above address.

---

**From:** Jason DeForest <jdeforest@agutah.gov>
**Sent:** Thursday, May 7, 2026 9:16 AM
**To:** Hanna Larsen <hanna@suwa.org>; Tess Davis <kaitlindavis@agutah.gov>
**Cc:** Steve Bloch <steve@suwa.org>; Mitch Longson <mlongson@mc2b.com>; trevor <trevor@hlh.law>; David Reay <dreay@agutah.gov>; Lauren Cormany <lcormany@agutah.gov>
**Subject:** RE: 26cv96 Hole-in-the-Rock Status


-----This email originated from outside the organization-----

Hi Hanna,

We have not received notice from the BLM regarding their determination and cannot fully respond to your request without that information. All we can say at present is that we will make ourselves available if/when the court sets a date for said status conference.

Best,
Jason



Jason L. DeForest
Section Director, Public Lands and Water Rights
Office of the Utah Attorney General
1594 West North Temple, Suite 300
Salt Lake City, UT  84116
jdeforest@agutah.gov
Direct: (385) 395-9884
Main: (801) 537-7227

*This message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of the original message. Thank you.*

---

**From:** Hanna Larsen <hanna@suwa.org>
**Sent:** Thursday, May 7, 2026 8:43 AM
**To:** Tess Davis <kaitlindavis@agutah.gov>; Jason DeForest <jdeforest@agutah.gov>
**Cc:** Steve Bloch <steve@suwa.org>; Mitch Longson <mlongson@mc2b.com>; trevor <trevor@hlh.law>; David

Reay <dreay@agutah.gov>; Lauren Cormany <lcormany@agutah.gov>
**Subject:** 26cv96 Hole-in-the-Rock Status
**Importance:** High

Hi Tess and Jason,

On Tuesday May 5, in accordance with a standing order in a separate case, Romney Philpott at DOJ informed us that BLM has completed its consultation on Garfield County's plan to chip seal the Hole-in-the-Rock Road and that it will be sending the notification letter to the County in the next few days. Separately, at the April 13 Garfield County Commission meeting, it was mentioned that the County was planning to start the chip sealing on May 18.

In light of these developments, SUWA is planning to ask the court for a status conference. As you know, SUWA has pending claims related to this project, and SUWA plans to continue to challenge any decision to authorize the County's work.

Assuming BLM authorizes the planned work, would the State and County be willing to delay the chip sealing until the court issues a decision on SUWA's legal challenge to this work? Or, at the very least, until the court holds a status conference? If not, SUWA may need to seek a TRO to ensure the legal challenges are resolved before the work commences.

Sincerely,

**Hanna Larsen**
Staff Attorney
Southern Utah Wilderness Alliance
425 E 100 S
Salt Lake City, UT 84111
801.428.3992 | hanna@suwa.org

IMPORTANT: The information in this email is confidential attorney communication and may be privileged. It is intended only for the use of the addressee. If you receive this communication and are not the intended recipient, you are hereby notified that the copying or distribution of this communication is prohibited. If you have received this communication in error, please notify us by telephone and return the message to us at the above address.