Stephen H.M. Bloch (#7813)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS
ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

Mitch M. Longson (#15661)
MANNING CURTIS BRADSHAW
& BEDNAR PLLC
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com

Trevor J. Lee (#16703)
HOGGAN LEE HUTCHINSON
257 East 200 South, #1050
Salt Lake City, UT 84111
Telephone: (435) 615-2264
trevor@hlh.law

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Plaintiff, <br><br> v. <br><br> **GARFIELD COUNTY, UTAH**, *et al.*, <br><br> Defendants. | **NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF EMERGENCY MOTION FOR A STATUS CONFERENCE** <br><br> Case No. 2:26-cv-00096-AMA-PK <br><br> Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

Plaintiff Southern Utah Wilderness Alliance ("SUWA") respectfully submits this Notice of Supplemental Evidence in support of its Emergency Motion for a Status Conference ("Motion") (ECF No. 51). This supplemental evidence is provided to further demonstrate the need for an immediate status conference to discuss: (1) a schedule for filing and responding to SUWA's forthcoming Amended and Supplemental Complaint, (2) a schedule for briefing SUWA's forthcoming Motion for a Temporary Restraining Order and/or Preliminary Injunction;

and (3) Defendant Garfield County's ("the County") anticipated schedule and timeline for chip sealing the Hole-in-the-Rock Road (the "Road").

At 3:26pm (Mountain Time), just under two hours after SUWA filed the Motion, SUWA's counsel received a copy of the Federal Defendants' (collectively, "BLM") determination (attached as Ex. 1) stating that BLM determined the County's chip sealing proposal was reasonable and necessary in light of the traditional uses of the Road, thereby completing consultation and authorizing the County to commence chip sealing. On information and belief, the County has the materials and equipment staged and is prepared to begin the work immediately, further highlighting the urgent need for the Court to hear from the parties regarding SUWA's claims in light of BLM's decision, scheduling, and the County's proposed timeline for completing the chip sealing.

SUWA respectfully requests that the Court consider this supplemental evidence in support of its pending Motion and schedule a status conference at the Court's earliest convenience.

Respectfully submitted, this 7th day of May, 2026.

/s/ Hanna Larsen
Stephen H.M. Bloch
Hanna Larsen
SOUTHERN UTAH WILDERNESS ALLIANCE

Mitch M. Longson
MANNING CURTIS BRADSHAW
& BEDNAR PLLC

Trevor J. Lee
HOGGAN LEE HUTCHINSON

*Attorneys for Plaintiff Southern Utah
Wilderness Alliance*

2