Stephen H.M. Bloch (#7813)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS
ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

Mitch M. Longson (#15661)
MANNING CURTIS BRADSHAW
& BEDNAR PLLC
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com

Trevor J. Lee (#16703)
HOGGAN LEE HUTCHINSON
257 East 200 South, #1050
Salt Lake City, UT 84111
Telephone: (435) 615-2264
trevor@hlh.law

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Plaintiff, <br><br> v. <br><br> **GARFIELD COUNTY, UTAH** *et al.*, <br><br> Defendants. | **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED AND SUPPLEMENTAL COMPLAINT** <br><br> Case No. 2:26-cv-00096-AMA-PK <br><br> District Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

Plaintiff Southern Utah Wilderness Alliance ("SUWA") respectfully moves this Court for leave to file an Amended and Supplemental Complaint pursuant to Federal Rules of Civil Procedure 15(a)(1) and 15(d). SUWA timely seeks leave to amend and supplement its Complaint to reflect two material developments: (1) Defendants have completed the consultation process for Defendant Garfield County's ("the County") proposal to chip seal approximately 10 miles of the Hole-in-the-Rock Road (the "Road); and (2) Federal Defendants have issued a Reasonable and

Necessary Determination (the "Determination") on May 7, 2026 authorizing the County to commence chip sealing the Road. *See* ECF No. 52-1. On information and belief, the County plans to start chip sealing imminently—if it has not begun already—and has the necessary equipment and materials already staged in apparent anticipation of the Determination being finalized.

A party may amend its pleading once as a matter of course either within (i) twenty-one (21) days after serving it or, (ii) if the pleading is one requiring a responsive pleading, twenty-one (21) days after service of a responsive pleading or motion under Federal Rule of Civil Procedure 12(b), (e), or (f), whichever is earlier. Fed. R. Civ. P. 15(a)(1).

In this case, the Defendants were each granted an extension of time to file their answers to SUWA's Complaint until seven (7) days after the Court decides SUWA's Motion to Stay All Proceedings. *See* ECF Nos. 43, 44, 49, 50. As of the date of this filing, SUWA's Motion to Stay has not been decided and thus no defendant has filed a responsive pleading to SUWA's Complaint. As such, in accordance with Rule 15(a)(1)(ii), SUWA is entitled to amend its Complaint as a matter of course without first seeking leave from the Court.[1]

Additionally, the court may permit a party to supplement its pleading to set out "any transaction, occurrence, or event that happened after the date of the pleading to be supplemented. The court may permit supplementation even though the original pleading is defective in stating a claim or defense." Fed. R. Civ. P. 15(d).

---

[1] Because SUWA seeks to both amend and supplement its Complaint, SUWA brings this Motion to address amendment and supplementation in a single, consolidated filing that complies with the requirements of Rule 15(d).

Here, the completion of consultation and the resulting Determination authorizing the County's chip sealing are significant developments that occurred after SUWA filed its Complaint that materially affect both the nature of this case and the scope of the relief SUWA seeks. Supplementation should be permitted because this case is at an early stage. As noted above, no responsive pleadings have been filed, so Defendants will not be prejudiced by the additional allegations in SUWA's Amended and Supplemental Complaint. Finally, permitting SUWA to amend and supplement its Complaint promotes judicial efficiency by clarifying the issues and scope of this litigation.

For the foregoing reasons, SUWA respectfully requests that the Court GRANT its Motion for Leave to File Amended and Supplemental Complaint. A copy of the proposed Amended and Supplemental Complaint is attached as Exhibit 1.

DATED:        May 8, 2026

Respectfully,

*/s/ Hanna Larsen*
Stephen H.M. Bloch
Hanna Larsen
SOUTHERN UTAH WILDERNESS ALLIANCE

Trevor J. Lee
HOGGAN LEE HUTCHINSON

Mitch M. Longson
MANNING CURTIS BRADSHAW
& BEDNAR PLLC

*Attorneys for Plaintiff Southern Utah
Wilderness Alliance*