# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE,**<br><br>   Plaintiff,<br><br>v.<br><br>**GARFIELD COUNTY** *et al.*,<br><br>   Defendants. | **SECOND DECLARATION OF ANDREW FERRIGNO**<br><br>Case No. 2:26-cv-00096-AMA-PK<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

I, **ANDREW FERRIGNO**, declare as follows:

1.      I have personal knowledge of each of the facts set forth below and, if called upon to do so, could and would testify regarding the following. This declaration is filed in support of Southern Utah Wilderness Alliance's ("SUWA") lawsuit in the above-captioned matter.

2.      I live in Escalante, Utah.

3.      I am familiar with the Hole-in-the-Rock Road (the "Road") and have driven it many times for approximately eight years. I sometimes drive the whole length of the road and often drive at least to the Garfield/Kane County line.

4.      On the afternoon of Thursday May 7, 2026, I drove the Road. I started at the junction with Highway 12 and drove south for approximately ten miles. I used a GPS app called Strava to track the distance.

5.      At the intersection with Cedar Wash Road, 3.41 miles from the Highway 12 junction, I observed large piles of dirt and gravel and a loader. At the Zebra trailhead, 8.0 miles from the Highway 12 junction, I observed a parked excavator. During the drive, I also saw a

water truck wetting the Road, as well as another truck that appeared to be hauling either native material or gravel.

6.      The following photos are from that trip down the Hole-in-the-Rock Road:

*Photo 1 – gravel and dirt piles at mile 3.41*



*Photo 2 – excavator at mile 8.0*



*Photo 3 – water truck*



*Photo 4 – mile 10 showing the recently wetted road (looking North)*



*Photo 5 – truck hauling either native material or gravel*



I DECLARE, under penalty of perjury, that the foregoing is true and correct.


DATED:        May 7, 2026


                                        */s/ Andrew Ferrigno*
                                        Andrew Ferrigno


6