# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Plaintiff, <br><br> v. <br><br> **GARFIELD COUNTY, UTAH**, *et al.*, <br><br> Defendants. | **FIRST SUPPLEMENTAL DECLARATION OF KYA MARIENFELD** <br><br> Case No. 2:26-cv-00096-AMA-PK <br><br> Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

I, **KYA MARIENFELD**, declare as follows:

1.     This declaration supplements my earlier declaration dated February 4, 2026, and I incorporate by reference that declaration here. This supplemental declaration is filed in support of the Southern Utah Wilderness Alliance's ("SUWA") [Proposed] Amended and Supplemental Complaint in the above-captioned matter and SUWA's Emergency Motion for Temporary Injunctive Relief Pursuant to the All Writs Act. I have personal knowledge of each of the facts set forth below, and if called upon to do so, could and would testify regarding the following.

2.     I am a Wildlands Attorney for SUWA, where I have worked since 2015

3.     I am also an active member of SUWA and have been since 2015.

4.     Since signing my first declaration, I have returned to Grand Staircase-Escalante National Monument, on April 25 and 26, 2026.

5.      During this recent visit, I traveled to and drove on the first approximately twelve miles of the Hole-in-the-Rock Road, located in Garfield County, which includes most of the miles of the Road at issue here.

6.      As stated in my first Declaration, I have traveled often and extensively throughout Grand Staircase-Escalante National Monument for the past decade both in my personal life and for my work with SUWA. However, this recent trip was particularly meaningful for me, because it was the first time my infant son came with me to visit the Monument. I was excited to share the beautiful scenery, peace, quiet, and special magnificence of the area with him, since it has been such an important place in my life and it is where I have most looked forward to traveling with him when he was old enough.

7.      Every time I visit Grand Staircase-Escalante National Monument, I discover some new seemingly-secret location that I didn't know before, even at spots I have visited countless times. Because we live in Moab, we are used to throngs of other visitors at many of our most storied public lands and National Park locations, and long lines, pavement, and full parking lots are common at many of our best local places to recreate and experience nature. Because Grand Staircase-Escalante remains in a largely primitive state, unpaved, with very few developed recreation sites, only the most excited and dedicated visitors make their way across the landscape, and it is one of the most special things about the Monument—its accessibility, yet the feel of solitude and wildness even just twenty minutes from a good slice of pizza in the town of Escalante.

8.      On this trip, we took my son to the Devils Garden Instant Study Area, and it was so much fun to explore around the hoodoos, play peek-a-boo around rocks and trees, and

2

generally just enjoy a completely perfect, peaceful day in between gathering storm clouds. Even in this, one of the few developed recreation areas along the Hole-in-the-Rock Road, we only saw one other family the entire morning.

9.      Since my most recent visit prior to this trip, I am aware that BLM signed a "Determination Letter" authorizing Garfield County to immediately begin chip sealing the Hole-in-the-Rock Road.

10.     Neither SUWA nor the broader public were offered an opportunity to comment on the Determination Letter or otherwise provide feedback or information to BLM. Having worked extensively on and spearheaded SUWA's engagement in the 2022-2025 management planning process, I know that this course of action is not in accordance with the 2025 Grand Staircase-Escalante National Monument Resource Management Plan, which stated that "[t]the BLM's consideration of any proposed improvement will include an opportunity for public participation prior to the issuance of a final decision." Record of Decision and Approved Resource Management Plan, at 2-70 (TTM-07).

11.     I am intimately familiar with the Monument Management Plan, and drafted and submitted extensive comments on behalf of SUWA and several national and local conservation organizations at every step of the recent planning process. Had BLM offered an opportunity to review Garfield County's proposal to improve the Hole-in-the-Rock Road, as promised in the Plan, SUWA would unquestionably have done so and would have encouraged its members and supporters to do the same. SUWA has a long history of engagement on proposals and projects within the Monument, including the Road, and has submitted comments on prior improvement proposals.

12.     My injuries—discussed at length in my first Declaration—will be redressed by declaratory relief that BLM's violations of the National Environmental Policy Act (NEPA) and the Federal Land Policy and Management Act (FLPMA), those statutes' implementing regulations, and federal common law were unlawful and/or by injunctive relief enjoining the Determination and instructing BLM to prohibit Garfield County from proceeding with further ground disturbing activities and improvements until BLM has complied with its duties under FLPMA, NEPA, and federal common law.

Pursuant to 28 U.S.C. § 1746, I DECLARE, under penalty of perjury, that the foregoing is true and correct.

Signed this 9th day of May, 2026.

Kya Marienfeld