# EXHIBIT 1



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Paria River District
Grand Staircase-Escalante National Monument
669 S. Highway 89A
Kanab, UT  84741

May 7, 2026

In Reply Refer To:
2800 (UT-P01)

Garfield County
David Dodds
Public Works Director
55 S. Main Street
Panguitch, UT 84759

Mr. Dodds,

Garfield County (the County) notified the Bureau of Land Management (BLM) of its desire to chip seal an approximately 10-mile segment of the Hole in the Rock (HITR) Road beginning at Highway 12 and heading southeast to about two miles past the Zebra slot canyon trailhead. The map attached to this letter depicts the approximate location of the proposed project. Garfield County and the State of Utah hold an adjudicated Revised Statute (R.S.) 2477 right-of-way (ROW) for HITR Road, which crosses federal public lands managed by the BLM in Garfield County, Utah.[1] The district court's July 2025 decision quieting title in favor of Garfield County and the State of Utah, however, reserved any decision regarding the scope of the ROW for future court proceedings.[2]

Under Tenth Circuit case law, the holder of an R.S. 2477 ROW crossing public land, and the BLM, as the federal land manager of the servient estate, must exercise their respective rights and privileges in the spirit of mutual accommodation.[3] An R.S. 2477 holder is required to consult with the BLM "before making improvements 'beyond mere maintenance' to their rights-of-way."[4] Such consultation affords the BLM an opportunity to satisfy its obligation to evaluate the proposal, i.e., (1) "to determine whether the proposed improvement is reasonable and necessary in light of the traditional uses of the rights of way as of October 21, 1976"; and (2) "to study the 'potential effects' of the improvements, and if needed, to 'formulate alternatives' that protect the land."[5]

---

[1] *Kane Cnty. v. United States*, 2025 U.S. Dist. LEXIS 141248 (D. Utah, July 23, 2025) (consolidated "Memorandum Decision and Order Re: House Rock Valley Road and Hole-in-the-Rock Road").

[2] *Id.* at *9.

[3] Applicable court decisions include *Sierra Club v. Hodel*, 848 F.2d 1068 (10th Cir. 1988), *Southern Utah Wilderness Alliance (SUWA) v. Bureau of Land Management*, 425 F.3d 735 (10th Cir. 2005), *Kane Cty, Utah v. United States*, 772 F.3d 1205 (10th Cir. 2014) ("*Kane (1)*")*,* and *SUWA v. Dep't of the Interior*, 44 F.4th 1264 (10th Cir. 2022).

[4] *SUWA v. DOI*, 44 F.4th at 1268-69 (quoting *SUWA v. BLM*, 425 F.3d at 748).

[5] *Id.* at 1269 (quoting *SUWA v. BLM*, 425 F.3d at 748).

Garfield County                                                                                    2

This letter is to advise you that the BLM has completed its consultation process on the County's proposal to chip seal the 10-mile segment of HITR Road. Based on the relevant information provided by the County and other information available to the BLM, the BLM first determined that the proposed project is reasonable and necessary, and, thus, within the scope of the County's ROW for HITR Road. As part of this determination, the BLM identified the scope of HITR Road for its own purpose of narrowly considering this proposal. The BLM also prepared an impacts analysis to assess the potential effects of the proposed project. Based on the impacts analysis, it is the BLM's determination that the proposed project would not adversely affect the surrounding public lands or resources. As a result, there is no need for the BLM to formulate any alternatives or modifications to the proposed project that it should discuss with the County before the County commences the proposed chip seal project.

If you have any questions about these determinations, please contact me at (435) 644-1244 or by e-mail at aknelson@blm.gov.

Sincerely,

Adé K. Nelson
Monument Manager

Enclosure

cc:  Garfield County
     County Commissioners
     Leland Pollock
     Jerry Taylor
     David Tebbs
     55 S. Main Street
     Panguitch, UT 84759

     State of Utah
     Public Lands Policy Coordinating Office
     Redge B. Johnson
     Director
     1594 W. North Temple, #320
     Salt Lake City, UT 84116



Garfield County Chip Seal Improvement