# EXHIBIT 4

**Wednesday, February 4, 2026 at 4:29:44 PM Mountain Standard Time**

**Subject:** Re: G9000 Hole-in-the-Rock Road Maintenance & Improvements

**Date:** Wednesday, February 4, 2026 at 4:05:53 PM Mountain Standard Time

**From:** Tess Davis

**To:** Hanna Larsen, dave.dodds@garfield.utah.gov, barry.huntington@garfield.utah.gov, Kathy Davis, Roger Fairbanks, mboshell@utah.gov

**CC:** Steve Bloch, Trevor Lee, Mitch Longson

**Category:** Privileged & Confidential

-----This email originated from outside the organization-----

Hanna,

The work presently being undertaken by Garfield County on the G9000 Hole-in-the-Rock Road does not differ from its historical maintenance and operation of the road.

Thank you,

**K. Tess Davis**
*Assistant Attorney General*
*Deputy Director, Natural Resources Division*

State of Utah, Office of the Attorney General
Natural Resources Division, Public Lands Section
1594 W North Temple, 3rd Floor
Salt Lake City, UT 84116

C: (385) 261-0360 | E: kaitlindavis@agutah.gov

This e-mail message and all attachments transmitted with it are intended solely for the use of the addressee(s) and may contain legally privileged and confidential information. If the reader of the message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to the message and please delete it from your computer.

**From:** Hanna Larsen <hanna@suwa.org>
**Sent:** Tuesday, February 3, 2026 5:40 PM
**To:** dave.dodds@garfield.utah.gov <dave.dodds@garfield.utah.gov>; barry.huntington@garfield.utah.gov <barry.huntington@garfield.utah.gov>; Kathy Davis <kathydavis@agutah.gov>; Tess Davis <kaitlindavis@agutah.gov>; Roger Fairbanks <RFAIRBANKS@agutah.gov>; mboshell@utah.gov <mboshell@utah.gov>
**Cc:** Steve Bloch <steve@suwa.org>; Trevor Lee <trevor@hlh.law>; Mitch Longson <mlongson@mc2b.com>
**Subject:** G9000 Hole-in-the-Rock Road Maintenance & Improvements

Good evening,

On behalf of the Southern Utah Wilderness Alliance, please find attached a letter concerning Garfield County's current road work on the G9000 Hole-in-the-Rock Road.

Sincerely,

**Hanna Larsen**
Staff Attorney
Southern Utah Wilderness Alliance
425 E 100 S
Salt Lake City, UT 84111
801.428.3992 | hanna@suwa.org

IMPORTANT: The information in this email is confidential attorney communication and may be privileged. It is intended only for the use of the addressee. If you receive this communication and are not the intended recipient, you are hereby notified that the copying or distribution of this communication is prohibited. If you have received this communication in error, please notify us by telephone and return the message to us at the above address.