# EXHIBIT 5

**Wednesday, February 4, 2026 at 9:33:44 PM Mountain Standard Time**

**Subject:** FW: [EXTERNAL] Urgent: Dangerous and Unfolding Situation at Hole in the Rock Road

**Date:** Wednesday, February 4, 2026 at 4:59:39 PM Mountain Standard Time

**From:** Steve Bloch

**To:** Landon Newell, Hanna Larsen, Kya Marienfeld, Grant Stevens

---

**From:** Steve Bloch
**Sent:** Wednesday, February 4, 2026 4:59 PM
**To:** 'Heinlein, Thomas' <theinlei@blm.gov>; Preston, Matthew A <mpreston@blm.gov>; Barber, Harry A <hbarber@blm.gov>; Nelson, Ade K <aknelson@blm.gov>; Mendez, Joseph C <jmendez@blm.gov>
**Cc:** Scott Braden <scottb@suwa.org>; Neal Clark <neal@suwa.org>
**Subject:** RE: [EXTERNAL] Urgent: Dangerous and Unfolding Situation at Hole in the Rock Road

Tom,

Thank you for your response.

To close the loop on one front, I spoke this afternoon with David Russell – Paria River District LEO – about the situation earlier today on the Hole in the Rock Road. We left it that David was going to call the Garfield County Sheriff and relay the events that transpired. David indicated that he felt this event might be a 1-off situation. I appreciate his optimism and certainly hope that there are no further instances of County employees blocking the road or attempting to intimidate members of the public traveling on BLM-managed lands.

On the other front, I received an email from Joe Kim @ DOJ this afternoon confirming BLM's receipt of my email to you, Matt, Harry and Ade about the activities occurring on Hole in the Rock Road and indicating that in response BLM asked Joe to forward Ade's letter sent to Garfield County about this matter. Ade's decision not to require consultation before any further improvements proceed, not to follow the monument management plan as required by FLPMA, and not to prevent unnecessary or undue degradation, is contrary to law.

Steve
Stephen Bloch (*he/him*)
Legal Director
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, Utah 84111
Phone: 801 428 3981
Fax: 801 486 4233
steve@suwa.org
"Surely, in the light of history, it is more intelligent to hope rather than to fear, to try rather

than not to try. For one thing we know beyond all doubt: Nothing has ever been achieved by the person who says, 'It can't be done.'" – Eleanor Roosevelt

IMPORTANT: The information in this e-mail is attorney communication and privileged.  It is intended only for the use of the addressee. If you receive this communication and are not the intended recipient, you are hereby notified that the copying or distribution of this communication is prohibited.  If you have received this communication in error, please notify us by telephone and return the message to us at the above address.

---

**From:** Heinlein, Thomas <theinlei@blm.gov>
**Sent:** Wednesday, February 4, 2026 3:01 PM
**To:** Steve Bloch <steve@suwa.org>; Preston, Matthew A <mpreston@blm.gov>; Barber, Harry A <hbarber@blm.gov>; Nelson, Ade K <aknelson@blm.gov>; Mendez, Joseph C <jmendez@blm.gov>
**Cc:** Scott Braden <scottb@suwa.org>; Neal Clark <neal@suwa.org>
**Subject:** Re: [EXTERNAL] Urgent: Dangerous and Unfolding Situation at Hole in the Rock Road


-----This email originated from outside the organization-----

Hi Steve,

I'm in Grand Junction at the moment tending to a few medical appointments and have your email in hand.

First, you can expect outreach from BLM Law Enforcement (Paria District/GSENM) regarding the issue you described from earlier today on HITR Road.

I will be in touch as soon as I can regarding your concerns about the County's proposed activities you described.

Thank you,
Tom

Tom Heinlein
State Director (Acting)
Bureau of Land Management
Utah State Office
(970) 730-7450

**From:** Steve Bloch <steve@suwa.org>
**Sent:** Wednesday, February 4, 2026 1:36 PM
**To:** Heinlein, Thomas <theinlei@blm.gov>; Preston, Matthew A <mpreston@blm.gov>; Barber, Harry A <hbarber@blm.gov>; Nelson, Ade K <aknelson@blm.gov>
**Cc:** Scott Braden <scottb@suwa.org>; Neal Clark <neal@suwa.org>
**Subject:** [EXTERNAL] Urgent: Dangerous and Unfolding Situation at Hole in the Rock Road

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Dear Acting Director Heinlein,

I am writing to you regarding a dangerous, unfolding situation on the Hole in the Rock Road in Garfield County. Please contact me at your earliest convenience to discuss this matter: 801.859.1552.

As you know, on Monday, Feb. 3, the Department of Justice provided SUWA and others a copy of a letter sent by Garfield County on January 27 to Ade Nelson, the Grand Staircase-Escalante National Monument manager. As detailed in the letter and verified on-the-ground, Garfield County is currently conducting and plans to continue conducting unauthorized road improvements on the Hole in the Rock Road including installation of new culverts (where no culverts were previously located), changes to the vertical and horizontal alignment of the road, and chip sealing a 10 mile stretch of the road (changing the surface from dirt to chip seal). **As detailed in SUWA's February 3 letter to the County, <u>each</u> of these described activities constitute <u>improvements</u>, not maintenance, of the road and as such BLM must direct the county to cease its work immediately and consult with BLM before taking any further action. Among other things, the point of consultation is to allow BLM to fulfil its statutory obligations to protect monument objects and values and to determine if the County's proposed activities are both reasonable and necessary.**

Consulting with BLM is not only the law as detailed by the Tenth Circuit Court of Appeals in *SUWA v. BLM*, 425 F.3d 735 (10th Cir. 2005), it is also required by the Grand Staircase-Escalante Approved Monument Management Plan and Record of Decision. Specifically, the Plan/ROD states at 2-70 as follows:

| | |
|---|---|
| **TTM-07** | **Maintenance:** Designated routes could be maintained to meet public health and safety needs and/or to protect GSENM objects and |

resources. Deviations from current route maintenance levels on designated routes, to provide for public health and safety needs and/or to protect GSENM objects, will be considered on a case-by-case basis.

**Improvements:** Improvements to routes, including, but not limited to, Hole-in-the-Rock Road, Cottonwood Road, and House Rock Valley Road, to provide for public health and safety needs and/or to protect GSENM objects will be considered during plan implementation on a case-by-case basis, in accordance with applicable laws, regulations, and policy. The BLM's consideration of any proposed improvement will include an opportunity for public participation prior to the issuance of a final decision. **For purposes of this management action, an "improvement" goes beyond preserving the status quo of the road or trail and includes the widening of the road or trail; the horizontal or vertical alignment of the road or trial; the installation of (as distinguished from cleaning, repair, or replacement in kind of already existing) bridges, culverts, and other drainage structures; and any significant changes in the surface composition of the road or trail.**

**In addition, a SUWA staff member was traveling the Hole in the Rock Road this morning (Feb. 4) to assess the nature and extent of the County's work. During that trip he was confronted by two County workers who effectively blocked the road with their equipment, stepped out of their machines and our staff member reports that he felt threatened and intimidated by the County workers.** Our staff member was able to exit the situation by driving off the road and then make his way to Highway 12. **I urge you to immediately be in touch with County leadership and law enforcement to get a handle on this unsafe and unacceptable situation on BLM-managed lands.**

Thank you for your immediate attention to this matter.

Stephen Bloch (*he/him*)

Legal Director
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, Utah 84111
Phone: 801 428 3981
Fax: 801 486 4233
steve@suwa.org
"Surely, in the light of history, it is more intelligent to hope rather than to fear, to try rather than not to try. For one thing we know beyond all doubt: Nothing has ever been achieved by the person who says, 'It can't be done.'" – Eleanor Roosevelt

IMPORTANT: The information in this e-mail is attorney communication
and privileged.  It is intended only for the use of the addressee.
If you receive this communication and are not the intended
recipient, you are hereby notified that the copying or
distribution of this communication is prohibited.  If you have
received this communication in error, please notify us
by telephone and return the message to us at the above address.