# EXHIBIT 7



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Paria River District
Grand Staircase-Escalante National Monument
669 S. Highway 89A
Kanab, UT  84741

February 4, 2026

In Reply Refer To:
2800 (UT-P01)

Garfield County
David Dodds
55 S. Main Street
Panguitch, UT 84759

Mr. Dodds,

The Bureau of Land Management (BLM), Grand Staircase-Escalante National Monument (GSENM), received Garfield County's January 27, 2026, letter regarding maintenance and improvements to portions of Hole-in-the-Rock (HITR) Road in Garfield County. On January 30, 2026, the BLM also discovered that Garfield County has begun some of the planned road work. We write to request additional details about Garfield County's proposed road work and to engage in consultation regarding any proposed road work that qualifies as an improvement to HITR Road.

On July 23, 2025, the U.S. District Court for the District of Utah issued an order quieting title to the Garfield County portion of HITR Road in favor of Garfield County and the State of Utah, *Garfield County, Utah v. United States*, Case No. 2:11-cv-01045 (Memorandum Decision and Order). However, the district court did not provide any explanation for its title adjudication and specifically indicated that it would determine the appropriate scope relating to this road later. The BLM acknowledges Garfield County's title to HITR Road, but we also highlight that scope has yet to be determined.

As you are aware, the holder of an R.S. 2477 right-of-way must consult with the BLM before conducting proposed improvements beyond routine maintenance, which is articulated in relevant, applicable court cases. In particular, when an R.S. 2477 right-of-way holder is proposing:

> to undertake any improvements in the road along its right of way, beyond mere maintenance, it must advise the federal land management agency of that work in advance, affording the agency a fair opportunity to carry out its own duties to determine whether the proposed improvement is reasonable and necessary in light of the traditional uses of the rights of way as of October 21, 1976, to study potential effects, and if appropriate, to formulate alternatives that serve to protect the lands. The initial determination of whether the construction work falls within the scope of

INTERIOR REGION 7 • UPPER COLORADO BASIN

COLORADO, NEW MEXICO, UTAH, WYOMING

Garfield County                                                                 2

> an established right of way is to be made by the federal land management agency, which has an obligation to render its decision in a timely and expeditious manner.

*SUWA v. BLM*, 425 F.3d 735, 748 (10th Cir. 2005). Such an obligation reflects the principle that an easement holder should exercise its rights in a way that does not unreasonably interfere with the underlying landowner.

Garfield County's January 27, 2026, letter seems to propose both maintenance and improvement actions for HITR Road. To ensure we meet our mutual obligations, the BLM would appreciate the opportunity to coordinate with Garfield County and to better understand what is being proposed. Specifically, this coordination will allow the BLM to meet its responsibilities to consult on those proposed activities qualifying as improvements. This coordination is especially important because the district court has not determined the scope of HITR Road.

To this end, the BLM is requesting further information it believes can help to fully evaluate whether any proposed improvements are reasonable and necessary. Such information could include any engineering plans and specifically what portion of the road is proposed to be chip sealed.

Additionally, any information regarding the specific reasons for the proposed improvements would assist with the consultation.

Finally, the BLM is willing to work with Garfield County to expeditiously engage in consultation regarding any proposed improvements. Proposed improvements should wait until after such consultation has occurred.

We look forward to coordinating with you. If you have any questions about the additional information requested, please contact me at (435) 644-1244 or by e-mail at aknelson@blm.gov.

Sincerely,

Adé K. Nelson
Monument Manager