# EXHIBIT 9



U.S. Department of the Interior
Bureau of Land Management

# Grand Staircase-Escalante

National Monument

January 2025

Record of Decision

Approved Resource Management Plan

## Mission statement

The Bureau of Land Management sustains the health, diversity, and productivity of the public lands for the use and enjoyment of present and future generations.

## Cover Photo

Hoodoo formations near Escalante, Utah in Grand Staircase-Escalante National Monument.

Photograph by Bob Wick, provided by the Bureau of Land Management.

DOI-BLM-UT-P010-2022-0006-RMP-EIS

## For more Information

To request a copy of this publication please contact:

Paria River District
669 South Highway 89A, Kanab, Utah 84741
435-644-1200

# Grand Staircase-Escalante National Monument
# Record of Decision and Approved Resource Management Plan

Prepared by
**U.S. Department of the Interior**
**Bureau of Land Management**
**Paria River District Office**
**Kanab, Utah**


**Cooperating Agencies:**
Escalante City, Utah
Garfield County Commission
Hopi Tribe of Arizona
Kaibab Band of Paiute Indians
Kanab City, Utah
Kane County Commission
Kane County Water Conservancy District
National Park Service Intermountain Regional Office
Navajo Nation
Paiute Indian Tribe of Utah
Tropic Town, Utah
U.S. Forest Service, Dixie National Forest
Utah Public Lands Policy Coordinating Office
Washington County Water Conservancy District


**January 2025**

### 2.2.22 Travel and Transportation Management (TTM)

*Goal*

- Provide appropriate access to GSENM while ensuring the protection GSENM objects.

*Objective*

- Establish a transportation system that provides for appropriate access, protects GSENM objects and resources, provides for appropriate access, minimizes impacts on other resources, and minimizes user conflicts.

*Management Directions*

**Table 2-23. Management Directions for Travel and Transportation Management**

| Management No. | Management Directions |
| --- | --- |
| TTM-01 | Any land acquired by the BLM over the life of the RMP will be managed similarly to the existing OHV area designations of adjoining BLM-managed lands or as stated, or implied, in the transfer. Where clarification is absent, the BLM will manage acquired lands under the OHV limited area designation. The type of limitation will be set by implementation-level decisions; until these decisions are made, use may continue in the same manner and degree consistent with the purposes for which the acquisition was made. |
| TTM-02 | The BLM will complete TMPs for motorized, mechanized, and nonmechanized and nonmotorized travel.<br><br>Until new travel management planning for public OHV use is completed, the route designations in the 2000 MMP, as amended by the 2020 RMPs apply, unless otherwise modified by this plan (allocation of OHV closed areas result in the closure of the V-Road).<br><br>Any routes designated as available for public OHV use that are not designated for such use as of the date of this plan must protect and enhance GSENM objects and/or increase public safety. If a route is proposed for public OHV use for reasons of health and safety, the proposal must demonstrate that there is no other feasible way to address public health and safety. |
| TTM-03 | Delineate the planning area into the following travel management areas (Figure 2-12):<br>• Kaiparowits<br>• Escalante Canyons<br>• Grand Staircase<br><br>Adjustments to travel management area boundaries may be made prior to conducting travel management planning. |

| Management No. | Management Directions |
|---|---|
| TTM-04 | Manage OHV use as follows (Figure 2-13):<br>• Open: 0 acres<br>• Limited: 620,000 acres<br>  - Front country, passage, and outback areas<br>• Closed: 1,245,600 acres<br>  - Primitive area |
| TTM-05 | Limit mechanized travel to routes designated for public OHV use and/or routes designated specifically for such use. |
| TTM-06 | Consistent with the protection of GSENM objects, designate nonmotorized recreational trails (such as hiking, biking, and horseback riding) in OHV limited and OHV closed areas, according to the following parameters:<br><br>Front Country Area:<br>Allow a full range of recreational trails, including paved and nonpaved trails.<br><br>Passage and Outback Areas:<br>Allow a range of recreational trails, including only nonpaved trails.<br><br>Primitive Area:<br>Allow nonpaved, nonmechanized recreation trails only for resource protection and/or public safety. |
| TTM-07 | **Maintenance:** Designated routes could be maintained to meet public health and safety needs and/or to protect GSENM objects and resources. Deviations from current route maintenance levels on designated routes, to provide for public health and safety needs and/or to protect GSENM objects, will be considered on a case-by-case basis.<br><br>**Improvements:** Improvements to routes, including, but not limited to, Hole-in-the-Rock Road, Cottonwood Road, and House Rock Valley Road, to provide for public health and safety needs and/or to protect GSENM objects will be considered during plan implementation on a case-by-case basis, in accordance with applicable laws, regulations, and policy. The BLM's consideration of any proposed improvement will include an opportunity for public participation prior to the issuance of a final decision. For purposes of this management action, an "improvement" goes beyond preserving the status quo of the road or trail and includes the widening of the road or trail; the horizontal or vertical alignment of the road or trial; the installation of (as distinguished from cleaning, repair, or replacement in kind of already existing) bridges, culverts, and other drainage structures; and any significant changes in the surface composition of the road or trail. |