# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br>    Plaintiff, <br><br> v. <br><br> **UNITED STATES BUREAU OF LAND MANAGEMENT**, and the **UNITED STATES DEPARTMENT OF THE INTERIOR**, <br><br>    Defendants. | **SECOND SUPPLEMENTAL DECLARATION OF KYA MARIENFELD** <br><br> Case No. 2:26-cv-00096-AMA-PK <br><br> Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

I, **KYA MARIENFELD**, declare as follows:

1. This declaration supplements my earlier declarations dated February 4, 2026, and May 11, 2026, and I incorporate by reference those declarations here. This Second Supplemental Declaration is filed in support of the Southern Utah Wilderness Alliance's ("SUWA") Motion for Temporary Restraining Order and Preliminary Injunction in the above captioned matter. I have personal knowledge of each of the facts set forth below, and if called upon to do so, could and would testify regarding the following.

2. In President Clinton's 1996 proclamation establishing the Grand Staircase-Escalante National Monument he described the monument as a "vast and austere landscape;" a "high, rugged, and remote landscape." He continued by stating that "[e]ven today, this unspoiled natural area remains a frontier, a quality that greatly enhances the monument's value for

scientific study." Presidential Proclamation 6920, *Establishment of the Grand Staircase-Escalante National Monument* (Sept. 18, 1996).

3.      President Clinton's proclamation also acknowledged the Hole-in-the-Rock Trail as part of early Mormon pioneers' "epic colonization efforts," and noted that "[s]ixty miles of the Trail lie within the Monument."

4.      In President Biden's 2021 proclamation restoring the Grand Staircase-Escalante National Monument to its original size and grandeur, he explained that doing so "will ensure that this exceptional and inimitable landscape filled with an unparalleled diversity of resources will be properly preserved." He also acknowledged that the Monument "remain[s] a remote and primitive landscape to this day," that "retains the frontier character of the American West, providing visitors with an opportunity to experience a remote landscape rich with opportunities for adventure and self-discovery." Proclamation 10286, *Grand Staircase-Escalante National Monument* (Oct. 8, 2021). President Biden's proclamation incorporated President Clinton's proclamation and the objects protected by the Clinton proclamation.

5.      President Biden's proclamation also highlighted that the "Grand Staircase-Escalante's large, isolated, and, at times, impenetrable landscape is one of the most naturally dark outdoor spaces in America," as well as an area with a "remarkable natural soundscape with infrequent human-caused sounds."

6.      The 10-mile stretch of the Hole-in-the-Rock Road that Garfield County intends to chip seal lies within the Grand Staircase-Escalante National Monument.

7.      My trips to Grand Staircase-Escalante National Monument frequently involve driving the Hole-in-the-Rock Road to access public lands within the Monument. I particularly

enjoy visiting this part of the Monument because it is both accessible and remote; the natural quiet, dark night skies, and remote feel of the wilderness-quality lands adjacent and near the Road are essential aspects of my enjoyment.

8.     The Bureau of Land Management's decision to authorize Garfield County to chip seal the Hole-in-Rock Road will fundamentally impair and cause irreparable harm to my aesthetic and recreational interests. I do not want to see the Road chip sealed and hear and see more, faster vehicle traffic that will diminish the area's wilderness values and forever change this vast, remote and austere landscape into something very different than what its National Monument designation was intended to protect.

Pursuant to 28 U.S.C. § 1746, I DECLARE, under penalty of perjury, that the foregoing is true and correct.

Signed this 18th day of May, 2026.


Kya Marienfeld

3