ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0207

Attorneys for Defendant United States of America

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

---

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>     Plaintiff,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, and the U.S. DEPARTMENT OF THE INTERIOR,<br><br>Defendants,<br><br>and<br><br>GARFIELD COUNTY, UTAH, et al.,<br><br>     Proposed Intervenor-Defendants. | **DEFENDANTS' UNOPPOSED MOTION *NUNC PRO TUNC* FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br><br>Case No. 2:26-cv-00096-AMA-PK<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

On May 18, 2026, Plaintiff filed an Amended and Supplemental Complaint for Declaratory and Injunctive Relief (Dkt. No. 61). Pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, and local rule DUCivR 7-4(b)(2), Federal Defendants (the United States Bureau of Land Management and the United States Department of the Interior) had a deadline of June 1, 2026 to file a responsive document. On May 18, 2026, Plaintiff also filed a Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. No. 62) ("Motion"). That

Motion was expedited, *see* Dkt. Nos. 63 and 64, and remains pending.  Regrettably, undersigned counsel for Federal Defendants focused on the expedited response to the Motion, and lost focus on the deadline for a responsive document required under local rule DUCivR 7-4(b)(2). Accordingly, Federal Defendants now move *nunc pro tunc* for an extension of time of their deadline to file such a responsive document.  Federal Defendants request that the time be extended until 14 days after the Court resolves the pending Motion.  Such an extension of time would bring this deadline roughly in line with the deadline requested by Proposed Intervenor-Defendants the State of Utah and Garfield County, Utah.  *See* Dkt. No. 65 at 2.  Counsel for Federal Defendants has conferred with counsel for the other parties about this motion, and Plaintiff takes no position, and Proposed Intervenor-Defendants the State of Utah and Garfield County, Utah do not oppose (but seek to have their own deadline, if granted intervention, set the same).

RESPECTFULLY SUBMITTED this 3rd day of June, 2026.

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General

 */s/ Joseph H. Kim*
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0207

*Attorneys for the United States*

Of Counsel:
Michael D. Smith
Office of the Solicitor
Elizabeth A. Schulte
Office of the Regional Solicitor
U.S. Department of the Interior