IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>        Plaintiff,<br><br>v.<br><br>GARFIELD COUNTY, UTAH, et al.,<br><br>        Defendants. | **ORDER ON DEFENDANTS' UNOPPOSED MOTION *NUNC PRO TUNC* FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br><br>Case No. 2:26-cv-00096-AMA-PK<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

The Court, having received and reviewed the unopposed motion[1] (*nunc pro tunc*) for extension of time filed by Federal Defendants (the United States Bureau of Land Management and the United States Department of the Interior), and good cause appearing, hereby grants the motion. Defendants shall file their responsive documents in the above-captioned case, consistent with DUCivR 7-4, within fourteen (14) days of this Court's decision on Plaintiff's pending Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. No. 62).

DATED this 4th day of June, 2026.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 70, filed June 3, 2026.