Stephen H.M. Bloch (#7813)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS
ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

Mitch M. Longson (#15661)
MANNING CURTIS BRADSHAW
& BEDNAR PLLC
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com

Trevor J. Lee (#16703)
HOGGAN LEE HUTCHINSON
257 E 200 S, #1050
Salt Lake City, UT 84111
Telephone: (435) 615-2264
trevor@hlh.law

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES BUREAU OF LAND MANAGEMENT**, and the **UNITED STATES DEPARTMENT OF THE INTERIOR**, <br><br> Defendants <br><br> and <br><br> **GARFIELD COUNTY, UTAH**, a political subdivision, and the **STATE OF UTAH**, <br><br> Proposed Intervenor-Defendants. | **WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF NO. 62)** <br><br> Case No. 2:26-cv-00096-AMA-PK <br><br> District Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

Plaintiff Southern Utah Wilderness Alliance ("SUWA") hereby notifies the Court that it is withdrawing its Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 62) ("PI Motion"). In the PI Motion, SUWA sought to enjoin Defendants' (collectively, "BLM") Reasonable and Necessary Determination that authorized Garfield County to upgrade the Hole-in-the-Rock Road ("the Road") from dirt and gravel to chip seal. *See* ECF No. 62 at 1. At the time the PI Motion was filed, May 18, 2026, Proposed Intervenor-Defendant Garfield County was just beginning to chip seal the Road. *Id.* at 2. However, by May 28, 2026, the date on which BLM and Proposed Intervenor-Defendants filed their responses to the PI Motion, Garfield County had already finished chip sealing the Road. *See* ECF No. 69 at 3.

Consequently, and in the interest of judicial economy, the nature of SUWA's requested relief is now more appropriately addressed according to the standard procedures governing an Administrative Procedure Act case.

DATED:        June 8, 2026

<div style="margin-left: 40%;">

Respectfully,

*/s/ Hanna Larsen*

Stephen H.M. Bloch
Hanna Larsen
SOUTHERN UTAH WILDERNESS ALLIANCE

Trevor J. Lee
HOGGAN LEE HUTCHINSON

Mitch M. Longson
MANNING CURTIS BRADSHAW
& BEDNAR PLLC

*Attorneys for Plaintiff Southern Utah*
*Wilderness Alliance*

</div>

2