ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0207

Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, and the U.S. DEPARTMENT OF THE INTERIOR,<br><br>Defendants,<br><br>and<br><br>GARFIELD COUNTY, UTAH, et al.,<br><br>        Intervenor-Defendants. | **FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFF'S AMENDED AND SUPPLEMENTAL COMPLAINT**<br><br>Case No. 2:26-cv-00096-AMA-PK<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Federal Defendants, the U.S. Department of the Interior and the U.S. Bureau of Land Management ("BLM"), hereby respond to Plaintiff's Amended and Supplemental Complaint (Dkt. No. 61; "Complaint"), as follows, pursuant to DUCivR 7-4(b)(2)(B):

1.      Plaintiff's Complaint purports to challenge final agency action and/or agency action unlawfully withheld under the Administrative Procedure Act ("APA"), U.S.C. §§ 551 *et seq.*, relating to BLM's review of and consultation regarding Intervenor-Defendants' improvements of

an adjudicated R.S. 2477 right-of-way for the Hole-in-the-Rock Road.  Plaintiff alleges violations

of the Federal Land Policy and Management Act ("FLPMA"), 43 U.S.C. §§ 1701 *et seq*., and the

National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321 *et seq*.

2.    Because the FLPMA and NEPA do not explicitly provide for a private right of

action against Federal Defendants, the claims presented in Plaintiff's Complaint are cognizable, if

at all, only pursuant to the judicial review provisions of the APA, 5 U.S.C. §§ 701-706.

3.    Civil actions seeking judicial review under the APA are governed by DUCivR 7-4,

which states in relevant part that an agency may respond to a complaint with a "short and plain

statement . . . admitting or denying that the decision, or any part of it, is arbitrary and capricious

or not supported by substantial evidence."  DUCivR 7-4(b)(2).

4.    Federal Defendants deny all violations of federal law alleged in Plaintiff's

Complaint, deny the allegations underlying Plaintiff's claims that federal laws have been violated,

and deny that any alleged agency action is arbitrary and capricious or otherwise in violation of the

APA.

5.    Federal Defendants note that the following affirmative defense may apply:  Plaintiff fails

to state a claim upon which relief may be granted.

RESPECTFULLY SUBMITTED this 22nd day of June, 2026.

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Joseph H. Kim*
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0207

2

*Attorneys for the United States*

Of Counsel:
Michael D. Smith
Office of the Solicitor
Elizabeth A. Schulte
Office of the Regional Solicitor
U.S. Department of the Interior