Stephen H.M. Bloch (#7813)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS
ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

Mitch M. Longson (#15661)
MANNING CURTIS BRADSHAW
& BEDNAR PLLC
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com

Trevor J. Lee (#16703)
HOGGAN LEE HUTCHINSON
257 E 200 S, #1050
Salt Lake City, UT 84111
Telephone: (435) 615-2264
trevor@hlh.law

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES BUREAU OF LAND MANAGEMENT**, and the **UNITED STATES DEPARTMENT OF THE INTERIOR**,<br><br>Defendants<br><br>and<br><br>**GARFIELD COUNTY, UTAH**, a political subdivision, and the **STATE OF UTAH**,<br><br>Intervenor-Defendants. | **[PROPOSED] SCHEDULING ORDER IN AN ADMINISTRATIVE CASE UNDER DUCivR 7-4**<br><br>Case No. 2:26-cv-00096-AMA-PK<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Pursuant to DUCivR 7-4(c), the parties submit this Proposed Scheduling Order.

## I.     Agency Decision Challenged

Plaintiff Southern Utah Wilderness Alliance ("SUWA") challenges the May 7, 2026 Reasonable and Necessary Determination by Defendant United States Bureau of Land Management *et al.* (collectively, "BLM") associated with Intervenor-Defendant Garfield County, Utah's *et al.* (collectively, "Garfield County") proposal to chip seal the first ten miles of the Hole-in-the-Rock Road in Grand Staircase-Escalante National Monument.

## II.    Plaintiff's Grounds for Challenging Agency Decision

SUWA alleges violations of the Federal Land Policy and Management Act, 43 U.S.C. §§ 1701 *et seq.*, the National Environmental Policy Act, 42 U.S.C. § 4321 *et seq.*, and the Administrative Procedure Act, 5 U.S.C. § 706(2).

## III.   Defendants' Statement of Position in Response to Complaint

The BLM's Reasonable and Necessary Determination related to Garfield County's proposed improvement (*i.e.*, chip seal) to the 10-mile portion of Hole-in-the-Rock Road was not arbitrary and capricious, an abuse of discretion, or contrary to law.

## IV.    Proposed Schedule

In response to SUWA's First Amended and Supplemental Complaint (ECF No. 61), Garfield County filed a Motion to Dismiss (ECF No. 74) on June 22, 2026. In accordance with DUCivR 7-1(a)(4)(A), briefing for that motion is ongoing, with SUWA's response brief due July 20, 2026 and Garfield County's reply brief (if any) due August 13, 2026. In the event the Motion to Dismiss is denied, the parties will move to amend this scheduling order within fourteen (14) days of an order denying the Motion to Dismiss and propose a schedule that identifies relevant dates for filing the administrative record and merits briefs.

DATED this _____ day of _____, 2026.


                                        BY THE COURT:


                                        _____
                                        ANN MARIE MCIFF ALLEN
                                        District Judge

                                        PAUL KOHLER
                                        Magistrate Judge

APPROVED:

*/s/ Hanna Larsen*

Stephen H.M. Bloch
Hanna Larsen
SOUTHERN UTAH WILDERNESS ALLIANCE

Trevor J. Lee
HOGGAN LEE HUTCHINSON

Mitch M. Longson
MANNING CURTIS BRADSHAW
& BEDNAR PLLC

*Attorneys for Plaintiff Southern Utah
Wilderness Alliance*

ADAM R. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Joseph H. Kim (with permission)*
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice

*Attorneys for Defendants United States Bureau
of Land Management and United States Department
of the Interior*

*/s/ Jason DeForest (with permission)*
K. TESS DAVIS (15831)
JASON L. DEFOREST (14628)
DAVID A. REAY (14764)
LAUREN K. CORMANY (19494)
Assistant Attorneys General
DEREK BROWN (10476)
UTAH ATTORNEY GENERAL

*Attorneys for Intervenor-Defendants Garfield County, Utah and the State of Utah*