IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>    Plaintiff,<br><br>v.<br><br>**UNITED STATES BUREAU OF LAND MANAGEMENT**, and the **UNITED STATES DEPARTMENT OF THE INTERIOR**,<br><br>    Defendants<br><br>and<br><br>**GARFIELD COUNTY, UTAH**, a political subdivision, and the **STATE OF UTAH**,<br><br>    Intervenor-Defendants. | **SCHEDULING ORDER IN AN ADMINISTRATIVE CASE UNDER DUCivR 7-4**<br><br>Case No. 2:26-cv-00096-AMA-PK<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Pursuant to DUCivR 7-4(c), the parties filed a Joint Motion for Scheduling Order in An Administrative Case[1] and submitted this Proposed Scheduling Order. Having reviewed and considered the parties' proposed deadlines, and for good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED and the following schedule shall govern this case:

**I.    Agency Decision Challenged**

Plaintiff Southern Utah Wilderness Alliance ("SUWA") challenges the May 7, 2026 Reasonable and Necessary Determination by Defendant United States Bureau of Land

---

[1] Docket No. 76, filed July 6, 2026.

Management *et al.* (collectively, "BLM") associated with Intervenor-Defendant Garfield County, Utah's *et al.* (collectively, "Garfield County") proposal to chip seal the first ten miles of the Hole-in-the-Rock Road in Grand Staircase-Escalante National Monument.

## II.    Plaintiff's Grounds for Challenging Agency Decision

SUWA alleges violations of the Federal Land Policy and Management Act, 43 U.S.C. §§ 1701 *et seq.*, the National Environmental Policy Act, 42 U.S.C. § 4321 *et seq.*, and the Administrative Procedure Act, 5 U.S.C. § 706(2).

## III.    Defendants' Statement of Position in Response to Complaint

The BLM's Reasonable and Necessary Determination related to Garfield County's proposed improvement (*i.e.*, chip seal) to the 10-mile portion of Hole-in-the-Rock Road was not arbitrary and capricious, an abuse of discretion, or contrary to law.

## IV.    Proposed Schedule

In response to SUWA's First Amended and Supplemental Complaint (ECF No. 61), Garfield County filed a Motion to Dismiss (ECF No. 74) on June 22, 2026. In accordance with DUCivR 7-1(a)(4)(A), briefing for that motion is ongoing, with SUWA's response brief due July 20, 2026 and Garfield County's reply brief (if any) due August 13, 2026. In the event the Motion to Dismiss is denied, the parties will move to amend this scheduling order within fourteen (14) days of an order denying the Motion to Dismiss and propose a schedule that identifies relevant dates for filing the administrative record and merits briefs.

//

//

//

DATED this 7th day of July, 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge