Stephen H.M. Bloch (#7813)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS
ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

Mitch M. Longson (#15661)
MANNING CURTIS BRADSHAW
& BEDNAR PLLC
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com

Trevor J. Lee (#16703)
HOGGAN LEE HUTCHINSON
257 East 200 South, #1050
Salt Lake City, UT 84111
Telephone: (435) 615-2264
trevor@hlh.law

---

### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES BUREAU OF LAND MANAGEMENT** *et al.*, <br><br> Defendants <br><br> and <br><br> **GARFIELD COUNTY, UTAH** *et al.*, <br><br> Intervenor-Defendants. | **REQUEST TO SUBMIT FOR DECISION** <br><br> Case No. 2:26-cv-00096-AMA-PK <br><br> District Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

Pursuant to DUCivR 7-3, Plaintiff Southern Utah Wilderness Alliance ("SUWA")

respectfully requests that the Court submit for decision SUWA's Motion to Strike Defendants'

Response to Intervenors' Motion to Dismiss (ECF No. 80). In support of this Request, SUWA states as follows:

1.      SUWA's Motion to Strike was filed on July 22, 2026.

2.      Defendants Bureau of Land Management *et al.* filed their Response to [SUWA's] Motion to Strike (ECF No. 82) on August 3, 2026.

3.      SUWA does not intend to file a reply to Defendants' Response.

4.      No hearing on the Motion to Strike has been requested.

As such, SUWA's Motion to Strike is fully briefed and ready for the Court's determination.

DATED:      August 6, 2026

Respectfully,

*/s/ Hanna Larsen*
Stephen H.M. Bloch
Hanna Larsen
SOUTHERN UTAH WILDERNESS ALLIANCE

Trevor J. Lee
HOGGAN LEE HUTCHINSON

Mitch M. Longson
MANNING CURTIS BRADSHAW
& BEDNAR PLLC

*Attorneys for Plaintiff Southern Utah
Wilderness Alliance*