Mitch M. Longson #15661
Trevor J. Lee #16703
**MANNING CURTIS BRADSHAW & BEDNAR PLLC**
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com
tlee@mc2b.com

Stephen H.M. Bloch #7813
Hanna Larsen #18458
**SOUTHERN UTAH WILDERNESS ALLIANCE**
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org
*Attorneys for Southern Utah Wilderness Alliance*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, and the UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants,<br><br>and<br><br>the STATE OF UTAH, and GARFIELD COUNTY, UTAH, a political subdivision of the State of Utah,<br><br>Intervenor-Defendants. | **NOTICE OF CHANGE OF LAW FIRM**<br><br>Case Nos. 2:26-cv-00096-AMA-PK<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Paul Kohler |

PLEASE TAKE NOTICE that Trevor J. Lee, formerly of the law firm HOGGAN LEE HUTCHINSON and current counsel for Plaintiff Southern Utah Wilderness Alliance, hereby notifies the Court and all parties that effective immediately, his new law firm, address, and contact information is the following:

Trevor J. Lee
**MANNING CURTIS BRADSHAW & BEDNAR PLLC**
201 South Main Street, Suite 750
Salt Lake City, Utah 84111
(801) 363-5678
tlee@mc2b.com

All future notices and other correspondence should be directed to the contact information listed above.

DATED September 23, 2026.

**MANNING CURTIS BRADSHAW & BEDNAR PLLC**

/s/ *Trevor J. Lee*
Mitch M. Longson
Trevor J. Lee
*Attorneys for Southern Utah Wilderness Alliance*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2026, the undersigned electronically transmitted the foregoing to the Clerk's Office for the United States District Court for the District of Utah using the District Court's CM/ECF System, which shall electronically serve a copy of the foregoing upon counsel of record for all parties in the above-entitled matter.

/s/ *Lori Anderson*