Stephen H.M. Bloch (#7813)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

Mitch M. Longson (#15661)
Trevor J. Lee (#16703)
MANNING CURTIS BRADSHAW & BEDNAR PLLC
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com
tlee@mc2b.com

*Attorneys for Plaintiff Southern Utah Wilderness Alliance*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES BUREAU OF LAND MANAGEMENT** *et al.*,<br><br>Defendants,<br><br>and<br><br>**GARFIELD COUNTY, UTAH** *et al.*,<br><br>Intervenor-Defendants. | **NOTICE OF ADDITIONAL DOCUMENTATION RE: PROPOSED IMPROVEMENTS TO HOLE-IN-THE-ROCK ROAD**<br><br>Case No. 2:26-cv-00096-AMA-PK<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Plaintiff Southern Utah Wilderness Alliance ("SUWA") respectfully submits the attached documentation regarding Intervenor-Defendant Garfield County's proposed improvements to Hole-in-the-Rock Road that are the subject of the upcoming status conference scheduled for November 9, 2026:

- **Exhibit 1** – Email dated October 5, 2026 from Dave Dodds, Garfield County Public Works Director to Whitney Bunting, Bureau of Land Management Kanab Field Office Manager, detailing Garfield County's plans and timeline for installing box culverts at specified locations along Hole-in-the-Rock Road;
- **Exhibit 2** – Design plans for the quadruple concrete box culvert proposed for installation at Alvey Wash;[1] and
- **Exhibit 3** – Design plans for the triple concrete box culvert proposed for installation at Twentymile Wash.

These documents demonstrate that Garfield County has concrete plans to upgrade the existing cylindrical culverts at these washes to larger box culverts. Based on the stated timeline, construction may begin as soon as March 2027.

DATED: October 28, 2026

Respectfully,

*/s/ Hanna Larsen*
Stephen H.M. Bloch
Hanna Larsen
SOUTHERN UTAH WILDERNESS ALLIANCE

Mitch M. Longson
Trevor J. Lee
MANNING CURTIS BRADSHAW
& BEDNAR PLLC

*Attorneys for Plaintiff Southern Utah Wilderness Alliance*

[1] SUWA's Motion for Status Conference states that Garfield County intends to install box culverts at Tenmile Wash and Twentymile Wash, because that is what was said at the cited Garfield County Commission meeting. *See* ECF No. 86 at 4. However, these design plans suggest that box culverts are actually proposed to be installed at Alvey Wash and Twentymile Wash.