# EXHIBIT 1

---

**From:** Dave Dodds <dave.dodds@garfield.utah.gov>
**Sent:** Monday, October 5, 2026 10:37 AM
**To:** Bunting, Whitney <wbunting@blm.gov>
**Cc:** Barber, Harry A <hbarber@blm.gov>
**Subject:** [EXTERNAL] Hole in the Rock Box Culvert Consultation

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Hey Whit,
Garfield County would like to begin consultation with BLM on proposed box culvert replacements where Hole-in-the-Rock Road crosses Alvey Wash and Twenty Mile Wash. Plans for both crossings are attached.

The project will replace the existing metal culverts with box culverts to improve flows, reduce bank erosion and flood damage, and provide safer, more reliable access along the road.

We plan to go out to bid in January and begin construction as soon as weather allows, potentially in March. We would like to coordinate with your staff to review the attached plans and address any resource concerns ahead of that schedule.

Please let us know if you need any additional information or would like to schedule a meeting or site visit.

***David Dodds***
Public Works Director
Garfield County
55 S Main St
Panguitch, UT 84759
(435) 238-0935