# EXHIBIT 2




## PLAN




* MEASURED PERPENDICULAR TO HITRR CONTROL LINE

## ELEVATION




## LOCATION PLAN

## GENERAL NOTES

SEE "SITUATION AND LAYOUT 2 OF 2" FOR GENERAL NOTES AND DESIGN DATA.

## INDEX OF SHEETS


1. SITUATION AND LAYOUT 1 OF 2
2. SITUATION AND LAYOUT 2 OF 2
3. SOIL DATA SHEET
4. BOX CULVERT REINFORCING DETAILS 1 OF 5
5. BOX CULVERT REINFORCING DETAILS 2 OF 5
6. BOX CULVERT REINFORCING DETAILS 3 OF 5
7. BOX CULVERT REINFORCING DETAILS 4 OF 5
8. BOX CULVERT REINFORCING DETAILS 5 OF 5
9. BOX CULVERT REINFORCEMENT SCHEDULE


| QUANTITIES | | | |
|---|---|---|---|
| ITEM | ITEM | ITEM | AS CONST |
| GRANULAR BACK FILL BORROW (PLAN QUANTITY) | 535 | CU YD | |
| STABILIZATION GEOTEXTIRES | 590 | SQ YD | |
| LOOSE RIPRAP (D50 = 24 INCH) (PLAN QUANTITY) | 155 | CU YD | |
| REINFORCING STEEL - COATED | 72,157 | LB | |
| STRUCTURAL CONCRETE (EST QTY 580 CY) | 1 | LUMP | |
| SIGN TYPE A-1, 12 INCH X 36 INCH | 4 | EACH | |
| SIGN POST P2 | 4 | EACH | |
| SMALL SIGN TUBULAR STEEL POST BASE (B1) | 4 | EACH | |
| REMOVE PIPE | 238 | FT | |
| UNTREATED BASE COURSE (PLAN QUANTITY) | 140 | CU YD | |

CHECK JB 08/26
CHECK JB 08/26
REVISION REMARKS
DESIGN RSH 08/26
DRAWN AGM 08/26
BY
DATE
REV NO
ENGINEER OF RECORD (EOR)
DATE

UTAH DEPARTMENT OF TRANSPORTATION
STRUCTURES DIVISION
CONSOR NORTH AMERICA, INC.

HOLE IN THE ROCK ROAD, GARFIELD CO., PHASE 1
CAST-IN-PLACE CONCRETE BOX CULVERT - ALVEY WASH
SITUATION AND LAYOUT 1 OF 2

PIN 14165
PROJECT NUMBER S-R499(268)

GARFIELD
COUNTY
017059E
STRUCTURE NUMBER
017059E
DRAWING NUMBER
SHEET 1 OF 9




## TYPICAL SECTION




## HITRR PROFILE

## GENERAL NOTES

1. USE COATED DEFORMED CARBON STEEL BARS CONFORMING TO AASHTO M111 OR ASTM A775 AND AASHTO M31 GRADE 60, RESPECTIVELY.
2. USE STRUCTURAL STEEL CONFORMING TO AASHTO M270 GRADE 50 EXCEPT WHERE NOTED OTHERWISE.
3. CHAMFER ALL EXPOSED CONCRETE CORNERS 3/4 INCH EXCEPT WHERE NOTED OTHERWISE.
4. PROVIDE 2 INCH MINIMUM CONCRETE COVER TO REINFORCING STEEL EXCEPT WHERE NOTED OTHERWISE.
5. VERIFY UTILITY LOCATIONS BEFORE CONSTRUCTION. PROTECT EXISTING UTILITIES IN PLACE UNLESS SHOWN OTHERWISE.
6. COAT OR GALVANIZE MISCELLANEOUS STEEL PLACED IN STRUCTURAL CONCRETE UNLESS SHOWN OTHERWISE.
7. USE CLASS AA(AE) CAST-IN-PLACE CONCRETE EXCEPT WHERE NOTED OTHERWISE. USE TYPE V CEMENT (HIGH SULFATE RESISTANCE).
8. WATERPROOFING MEMBRANE IS NOT REQUIRED FOR THIS STRUCTURE.
9. DO NOT SCALE DRAWINGS. HORIZONTAL DIMENSIONS ARE PLAN. VERTICAL DIMENSIONS ARE PLUMB.
10. PERFORM EARTHWORK, INCLUDING BUT NOT LIMITED TO OVER PREPARATION, EXCAVATIONS, SHORING, FILL MATERIALS AND REUSE OF ON-SITE SOILS, SUBGRADE PREPARATION, ENGINEERED FILL PLACEMENT AND COMPACTION, COMPACTED AGGREGATE BASE (AB), AND CAST-IN-PLACE CONCRETE FLATWORK PER THE RECOMMENDATIONS IN THE FOLLOWING:
    GEOTECHNICAL INVESTIGATION REPORT, *LANDMARK TESTING AND ENGINEERING*, PROJECT NO. 19137, DATED DECEMBER 27, 2019, AND ANY ADDENDUM TO THE REPORT.
11. OVER EXCAVATION AND BACKFILL MATERIAL, CLEAN GRAVEL, AND COMPACTION SHALL BE PER THE GEOTECHNICAL INVESTIGATION RECOMMENDATIONS OR WITH APPLICABLE MODIFICATIONS AS APPROVED BY THE ENGINEER.
12. ENSURE ALL WORK IS REVIEWED BY A SOILS ENGINEER REGISTERED IN THE STATE OF UTAH.

## DESIGN DATA

HL-93, EV 2, AND EV 3 LOADING IN ACCORDANCE WITH AASHTO LRFD BRIDGE DESIGN SPECIFICATIONS 10TH EDITION 2024 AND THE UDOT STRUCTURES DESIGN AND DETAILING MANUAL, 2022.

STRUCTURAL CONCRETE
ALL LOCATIONS UNLESS INDICATED OTHERWISE 150 PCF $f'_c$ = 4.0 KSI n = 7 CLASS AA(AE)

CONCRETE WEIGHT FOR LOADS 150 PCF UNLESS INDICATED OTHERWISE

REINFORCING STEEL
ALL LOCATIONS UNLESS INDICATED OTHERWISE Fy = 60 KSI

STRUCTURAL STEEL
ALL LOCATIONS UNLESS SHOWN OTHERWISE Fy = 50 KSI (GRADE 50)

DESIGN COVER: 3' MIN

SACRIFICIAL WEARING SURFACE: N/A

FUTURE WEARING SURFACE: 10" THICKNESS, 133 PSF

DESIGN SPEED: 45 MPH HOLE IN THE ROCK ROAD

SEISMIC: NO DESIGN FOR SEISMIC LOADS

| CULVERT LOAD RATING | | |
|---|---|---|
| | HL-93 (LRFD) | |
| | RATING | *LOCATION |
| INV | 1.41 | TOP SLAB AT X = 10.60' (F) |
| OPER | 1.82 | TOP SLAB AT X = 10.60' (F) |

F DENOTES RATING CONTROLED BY FLEXURE
S DENOTES RATING CONTROLLED BY SHEAR
* X MEASURED FROM OUTSIDE FACE AT THE BOTTOM SLAB OF CULVERT

| HYDRAULIC DATA | | | |
|---|---|---|---|
| ATTRIBUTE | UNIT | CONVEYANCE DESIGN | DESIGN CHEK EVENT |
| DRAINAGE AREA | $MI^2$ | 159 | 159 |
| FREQUENCY | YR | 50 | 100 |
| DISCHARGE | CFS | 4,500 | 5,500 |
| UPSTREAM INVERT ELEVATION | FT | 5,339.40 | 5,339.40 |
| DOWNSTREAM INVERT ELEVATION | FT | 5,339.16 | 5,339.16 |
| HEADWATER ELEVATION | FT | 5,347.22 | 5,347.93 |
| TAILWATER ELEVATION | FT | 5,346.68 | 5,347.23 |
| OUTLET VELOCITY | FT/S | 4.73 | 5.37 |

CHECK JB 08/26 CHECK JB 08/26
DESIGN RSH 08/26 DRAWN AGM 08/26
REVISION REMARKS
REV NO DATE BY
ENGINEER OF RECORD (EOR)
DATE

UTAH DEPARTMENT OF TRANSPORTATION
STRUCTURES DIVISION
CONSOR NORTH AMERICA, INC.

HOLE IN THE ROCK ROAD, GARFIELD CO., PHASE 1
CAST-IN-PLACE CONCRETE BOX CULVERT - ALVEY WASH
SITUATION AND LAYOUT 2 OF 2

PIN 14165
PROJECT NUMBER S-R499(268)

GARFIELD
COUNTY

017059E
STRUCTURE NUMBER

017059E
DRAWING NUMBER

SHEET 2 OF 9

## BORING NUMBER ALV1

**DATE STARTED** 3/18/19 **COMPLETED** 3/18/19 **DRILLING COMPANY** PCI **ELEVATION** 5350

**DRILLING METHOD:** CME 75: 8-inch hollow-stem auger ▽ **GROUND WATER LEVEL AT TIME OF DRILLING** 14.0

**LOGGED BY** John Anderson **CHECKED BY** Steve Wells ▼ **GROUND WATER LEVEL ON** ---

**NOTES** Drilled from the road surface between the 2nd and 3rd culverts **LATITUDE:** 37.68048 **LONGITUDE:** 111.48555

| DEPTH (ft) | SAMPLE TYPE NUMBER | SPT BLOWCOUNTS | BLOWCOUNTS ($N_1(60)$) | MATERIAL DESCRIPTION | DRY UNIT WT. (pcf) | MOISTURE CONTENT (%) | ATTERBERG LIMITS: LIQUID LIMIT | ATTERBERG LIMITS: PLASTICITY INDEX | MECHANICAL GRADATION: GRAVEL (%) | MECHANICAL GRADATION: SAND (%) | MECHANICAL GRADATION: FINES (%) | Other Tests |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5350 | | | | FILL: SILTY GRAVEL WITH SAND (GM), light brown, loose dense, damp, fine to coarse grained sand, up to 4-inch gravel. rounded gravel. | | | | | | | | |
| | | 9 20 | 51 | | | | | | | | | |
| 5340 | 1 2 | 2 3 | 6 | LEAN CLAY WITH SAND (CL) occasional gravel, grey, very soft, moist to wet with depth, medium plastic fines, fine to coarse grained sand, up to 1/2-inch gravel, medium plasticity. | 92.5 | 25.1 | 43 | 27 | 6 | 14 | 80 | Unconfined Compressive Strength 0.02 ksi |
| | 3 4 | 7 10 | 14 | ▽ POORLY GRADED SAND WITH SILT AND GRAVEL (SP-SM), grey, loose, saturated, fine to coarse grained sand, sub-angular sand, up to 2-inch gravel, sub-rounded gravel. | 136.4 | 10.6 | NP | NP | 41 | 53 | 6 | |
| 5330 | 5 | 2 3 | 6 | WELL GRADED SAND WITH SILT AND GRAVEL (SW-SM), grey, loose, saturated. | | 10.6 | | | 33 | 61 | 6 | |
| 5320 | 6 | 2 3 | 4 | POORLY GRADED GRAVEL WITH SAND AND SILT (GP-GM), grey, loose, saturated, fine to coarse grained sand, up to 2-inch gravel. | | 7.7 | NP | NP | 57 | 35 | 8 | |
| 5310 | | 3 3 | 5 | | | | | | | | | |

Bottom of borehole at 40.5 feet.

Landmark Testing & Engineering
795 East Factory Drive
St. George, UT 84790
Telephone: 435-986-0566
Fax: 435-986-0568

**PROJECT NAME** BLM 200; Alvey Wash Bridge
**PROJECT PIN** 14165
**LANDMARK PROJECT NUMBER** 19137
**PROJECT LOCATION** Garfield County, Utah

**FIGURE A-4**

## BORING NUMBER ALV2

**DATE STARTED** 6/5/19 **COMPLETED** 6/5/19 **DRILLING COMPANY** PCI **ELEVATION** 5353

**DRILLING METHOD:** CME 75: 8-inch hollow-stem auger ▽ **GROUND WATER LEVEL AT TIME OF DRILLING** 14.0

**LOGGED BY** Zac Bybee **CHECKED BY** John Anderson ▼ **GROUND WATER LEVEL ON** ---

**NOTES** Drill on the east side of the north abutment **LATITUDE:** 37.68059 **LONGITUDE:** 111.48552

| DEPTH (ft) | SAMPLE TYPE NUMBER | SPT BLOWCOUNTS | BLOWCOUNTS ($N_1(60)$) | MATERIAL DESCRIPTION | DRY UNIT WT. (pcf) | MOISTURE CONTENT (%) | ATTERBERG LIMITS: LIQUID LIMIT | ATTERBERG LIMITS: PLASTICITY INDEX | MECHANICAL GRADATION: GRAVEL (%) | MECHANICAL GRADATION: SAND (%) | MECHANICAL GRADATION: FINES (%) | Other Tests |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5350 | | | | FILL: POORLY GRADED GRAVEL WITH SAND (GP), medium dense, slightly moist, fine to coarse grained sand, up to 4-inch gravel. | | | | | | | | |
| | 1 | 5 5 3 | 14 | | | | | | | | | |
| 5340 | 2 | 2 2 3 | 6 | LEAN CLAY WITH SAND (CL), occasional gravel, medium stiff to very stiff with depth, slightly moist to moist with depth, fine to coarse grained sand, up to 1/2-inch gravel, medium plastic fines, grey. | | | | | | | | |
| | | 1 6 7 | 14 | ▽ POORLY GRADED SAND WITH SILT AND GRAVEL (SP-SM), medium dense, wet, fine to coarse grained sand, sub-angular sand, up to 2-inch gravel, sub-rounded gravel. | | | | | | | | |
| 5330 | 3 | 1 9 14 | 23 | | | | | | | | | |
| | 4 5 | 1 9 23 | 27 | | | | | | | | | |
| 5320 | 6 7 | 2 7 24 | 24 | WELL GRADED AND WITH SILT AND GRAVEL (SW-SM), dense, wet, coarse grained sand, multi-colored grains. | 117.4 | 9.7 | NP | NP | 10 | 83 | 7 | |
| 5310 | 8 | 3 2 50 | 35 | CLAYSTONE, upper 2 feet weathered to LEAN CLAY WITH SAND (CL), very stiff to hard, slightly moist with gypsum veins, reddish brown. Sampler refusal at 3" | | | | | | | | |
| 5300 | 9 | 50 | 100 | Sampler refusal at 2" | 95.7 | 20.1 | 37 | 20 | 9 | 17 | 74 | |
| | | 50 | 100 | Sampler refusal at 1" | | | | | | | | |

Bottom of borehole at 60.3 feet.

Landmark Testing & Engineering
795 East Factory Drive
St. George, UT 84790
Telephone: 435-986-0566
Fax: 435-986-0568

**PROJECT NAME** BLM 200; Alvey Wash Bridge
**PROJECT PIN** 14165
**LANDMARK PROJECT NUMBER** 19137
**PROJECT LOCATION** Garfield County, Utah

**FIGURE A-5**

DESIGN RSH 08/26 CHECK JB 08/26
DRAWN AGM 08/26 CHECK JB 08/26

REV NO | DATE | BY | REVISION REMARKS

ENGINEER OF RECORD (EOR) DATE

**UTAH DEPARTMENT OF TRANSPORTATION**
STRUCTURES DIVISION
CONSOR NORTH AMERICA, INC.

HOLE IN THE ROCK ROAD, GARFIELD CO., PHASE 1
CAST-IN-PLACE CONCRETE BOX CULVERT - ALVEY WASH
SOIL DATA SHEET

PIN 14165
PROJECT NUMBER S-R499(268)

GARFIELD
COUNTY

017059E
STRUCTURE NUMBER

017059E
DRAWING NUMBER

SHEET 3 OF 9




## PARTIAL PLAN

**NOTES**

1. SEE BOX CULVERT REINFORCING DETAILS 3 OF 5 FOR HEADWALL DETAILS.
2. SEE BOX CULVERT REINFORCING DETAILS 5 OF 5 FOR STRUCTURE NUMBER DETAIL.

| | | | |
|---|---|---|---|
| REV NO | DATE | BY | REVISION REMARKS |
| DESIGN RSH 08/26 | CHECK JB 08/26 | DRAWN AGM 08/26 | CHECK JB 08/26 |
| ENGINEER OF RECORD (EOR) | DATE | | |

**UTAH DEPARTMENT OF TRANSPORTATION**
STRUCTURES DIVISION
CONSOR NORTH AMERICA, INC.

HOLE IN THE ROCK ROAD, GARFIELD CO., PHASE 1
CAST-IN-PLACE CONCRETE BOX CULVERT - ALVEY WASH
BOX CULVERT REINFORCING DETAILS 1 OF 5

PIN 14165
PROJECT NUMBER S-R499(268)

GARFIELD
COUNTY
017059E
STRUCTURE NUMBER
017059E
DRAWING NUMBER
SHEET 4 OF 9




## APRON AND WINGWALLS




## TYPICAL SECTION

**NOTES**

1. SEE BOX CULVERT REINFORCING DETAILS 4 OF 5 FOR WINGWALL ELEVATIONS AND REINFORCING.
2. SEE BOX CULVERT REINFORCING DETAILS 5 OF 5 FOR WINGWALL ELEVATIONS AND REINFORCING.

| REV NO | DATE | BY | REVISION REMARKS |
|---|---|---|---|
| | | | |

DESIGN RSH 08/26 CHECK JB 08/26
DRAWN AGM 08/26 CHECK JB 08/26

ENGINEER OF RECORD (EOR)
DATE

**UTAH DEPARTMENT OF TRANSPORTATION**
STRUCTURES DIVISION
CONSOR NORTH AMERICA, INC.

HOLE IN THE ROCK ROAD, GARFIELD CO., PHASE 1
CAST-IN-PLACE CONCRETE BOX CULVERT - ALVEY WASH
BOX CULVERT REINFORCING DETAILS 2 OF 5

PIN 14165
PROJECT NUMBER S-R499(268)

GARFIELD
COUNTY
017059E
STRUCTURE NUMBER
017059E
DRAWING NUMBER
SHEET 5 OF 9




## HEADWALL

SEE NOTE 1




## HEADWALL DETAIL




## SECTION A-A

**NOTES**

1. SHORING OF CULVERT TOP SLAB UNDER HEADWALL REQUIRED FOR PLACEMENT OF HEADWALL CONCRETE. PROVIDE SHORING AT 1/3 POINTS IN EACH BOX CULVERT CELL OR KEEP BOX CULVERT FORMWORK IN PLACE FOR 1 WEEK AFTER HEADWALL CONCRETE PLACEMENT.

| REV NO | DATE | BY | REVISION REMARKS |
|---|---|---|---|
| | | | |

DESIGN RSH 08/26 CHECK JB 08/26
DRAWN AGM 08/26 CHECK JB 08/26

ENGINEER OF RECORD (EOR)
DATE

**UTAH DEPARTMENT OF TRANSPORTATION**

STRUCTURES DIVISION
CONSOR NORTH AMERICA, INC.

HOLE IN THE ROCK ROAD, GARFIELD CO., PHASE 1
CAST-IN-PLACE CONCRETE BOX CULVERT - ALVEY WASH
BOX CULVERT REINFORCING DETAILS 3 OF 5

PIN 14165
PROJECT NUMBER S-R499(268)

GARFIELD
COUNTY

017059E
STRUCTURE NUMBER

017059E
DRAWING NUMBER

SHEET 6 OF 9




## WINGWALL 1 ELEVATION

(NOT ALL APRON SLAB REINFORCING SHOWN)




## WINGWALL 2 ELEVATION

(NOT ALL APRON SLAB REINFORCING SHOWN)




## SECTION B-B




## SECTION C-C




## SECTION F-F

UTAH DEPARTMENT OF TRANSPORTATION

STRUCTURES DIVISION

CONSOR NORTH AMERICA, INC.

REV NO | DATE | BY | REVISION REMARKS

DESIGN RSH 08/26 CHECK JB 08/26

DRAWN AGM 08/26 CHECK JB 08/26

ENGINEER OF RECORD (EOR) DATE

HOLE IN THE ROCK ROAD, GARFIELD CO., PHASE 1

CAST-IN-PLACE CONCRETE BOX CULVERT - ALVEY WASH

BOX CULVERT REINFORCING DETAILS 4 OF 5

PROJECT NUMBER S-R499(268)

PIN 14165

GARFIELD
COUNTY

017059E
STRUCTURE NUMBER

017059E
DRAWING NUMBER

SHEET 7 OF 9




## WINGWALL 3 ELEVATION

(NOT ALL APRON SLAB REINFORCING SHOWN)




## SECTION D-D




**ISOMETRIC**

CENTERED ON TOP AND FRONT OF HEADWALL

**SECTION THROUGH STRUCTURE NUMBER**

## STANDARD STRUCTURE NUMBER DETAILS

TYPICAL EACH SIDE OF BOX CULVERT




## SECTION E-E

| REV NO | DATE | BY | REVISION REMARKS |
|---|---|---|---|
| | | | |

DESIGN RSH 08/26 CHECK JB 08/26
DRAWN AGM 08/26 CHECK JB 08/26

ENGINEER OF RECORD (EOR) DATE

**UTAH DEPARTMENT OF TRANSPORTATION**

STRUCTURES DIVISION
CONSOR NORTH AMERICA, INC.

HOLE IN THE ROCK ROAD, GARFIELD CO., PHASE 1
CAST-IN-PLACE CONCRETE BOX CULVERT - ALVEY WASH
BOX CULVERT REINFORCING DETAILS 5 OF 5

PROJECT NUMBER S-R499(268) PIN 14165

GARFIELD
COUNTY

017059E
STRUCTURE NUMBER

017059E
DRAWING NUMBER

SHEET 8 OF 9

| MARK | LOCATION | SIZE | NO BARS | TYPE | LENGTH | TOTAL LENGTH | DIMENSIONS A | DIMENSIONS B | DIMENSIONS C | DIMENSIONS D | SERIES INC | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S1 | TOP SLAB | 8 | 2<br>SER OF<br>37 | STR | 2'-0"<br>TO<br>44'-11" | 1735'-11" | 2'-0"<br><br>44'-11" | | | | 1'-2 1/4" | |
| S2 | TOP SLAB | 8 | 20 | STR | 46'-1" | 921'-8" | 46'-1" | | | | | |
| S3 | TOP SLAB | 4 | 47 | STR | 38'-8" | 1817'-4" | 38'-8" | | | | | |
| S4 | TOP SLAB | 4 | 47 | STR | 37'-5" | 1758'-7" | 37'-5" | | | | | |
| S5 | BOTTOM SLAB | 8 | 2<br>SER OF<br>37 | STR | 2'-0"<br>TO<br>44'-11" | 1735'-11" | 2'-0"<br><br>44'-11" | | | | 1'-2 1/4" | |
| S6 | BOTTOM SLAB | 8 | 2<br>SER OF<br>37 | STR | 2'-0"<br>TO<br>44'-11" | 1735'-11" | 2'-0"<br><br>44'-11" | | | | 1'-2 1/4" | |
| S7 | BOTTOM SLAB | 8 | 20 | STR | 46'-1" | 921'-8" | 46'-1" | | | | | |
| S8 | BOTTOM SLAB | 8 | 20 | STR | 46'-1" | 921'-8" | 46'-1" | | | | | |
| S9 | BOTTOM SLAB | 4 | 94 | STR | 38'-8" | 3634'-8" | 38'-8" | | | | | |
| S10 | TOP SLAB | 6 | 80 | 1 | 13'-4" | 1066'-8" | 6'-8" | 6'-8" | | | | |
| S11 | TOP SLAB | 5 | 10 | STR | 38'-6" | 385'-0" | 38'-6" | | | | | |
| S12 | BOTTOM SLAB | 6 | 160 | 1 | 7'-0" | 1120'-0" | 3'-6" | 3'-6" | | | | |
| S13 | BOTTOM SLAB | 5 | 240 | 1 | 4'-6" | 1080'-0" | 1'-0" | 3'-6" | | | | |
| S14 | TOP SLAB | 8 | 2<br>SER OF<br>36 | STR | 1'-8"<br>TO<br>43'-4" | 1620'-0" | 1'-8"<br><br>43'-4" | | | | 1'-2 1/4" | |
| S15 | TOP SLAB | 8 | 20 | STR | 44'-7" | 891'-8" | 44'-7" | | | | | |
| W1 | WALLS | 5 | 400 | STR | 11'-0" | 4400'-0" | 11'-0" | | | | | |
| W2 | WALLS | 4 | 70 | STR | 38'-10" | 2718'-4" | 38'-10" | | | | | |
| AS1 | APRON SLAB | 5 | 256 | STR | 11'-8" | 2986'-8" | 11'-8" | | | | | |
| AS2 | APRON SLAB | 5 | 4<br>SER OF<br>5 | STR | 5'-2"<br>TO<br>9'-10" | 150'-0" | 5'-2"<br><br>9'-10" | | | | 1'-2" | |
| AS3 | APRON SLAB | 5 | 4<br>SER OF<br>11 | STR | 98'-1"<br>TO<br>107'-8" | 4526'-6" | 96'-7"<br><br>106'-2" | 1'- 6 " | 1 | | 0'-11 1/2" | |
| AS4 | APRON SLAB | 6 | 96 | STR | 7'-6" | 720'-0" | 7'-6" | | | | | |
| AS5 | APRON SLAB | 5 | 122 | STR | 5'-0" | 610'-0" | 5'-0" | | | | | |
| AS6 | APRON SLAB | 5 | 110 | 1 | 4'-6" | 495'-0" | 1'-0" | 3'-6" | | | | |
| AS7 | APRON SLAB | 5 | 42 | 1 | 3'-4" | 140'-0" | 0'-10" | 2'-6" | | | | |
| AS8 | APRON SLAB | 4 | 96 | 1 | 3'-4" | 320'-0" | 0'-10" | 2'-6" | | | | |
| AS9 | APRON SLAB | 4 | 12 | 1 | 3'-5" | 41'-0" | 0'-10" | 2'-7" | | | | |
| AS10 | APRON SLAB | 4 | 12 | 1 | 2'-11" | 35'-0" | 0'-10" | 2'-1" | | | | |
| AS11 | APRON SLAB | 4 | 12 | 1 | 2'-5" | 29'-0" | 0'-10" | 1'-7" | | | | |
| AS12 | APRON SLAB | 5 | 48 | STR | 14'-8" | 704'-0" | 14'-8" | | | | | |
| AS13 | APRON SLAB | 5 | 152 | STR | 5'-2" | 785'-4" | 5'-2" | | | | | |
| AS14 | APRON SLAB | 5 | 64 | 1 | 4'-6" | 288'-0" | 1'-0" | 3'-6" | | | | |
| AS15 | APRON SLAB | 5 | 124 | 1 | 4'-0" | 496'-0" | 1'-0" | 3'-0" | | | | |
| TW1 | WINGWALL 3 | 4 | 12<br>SER OF<br>8 | STR | 3'-2"<br>TO<br>9'-7" | 612'-0" | 3'-2"<br><br>9'-7" | | | | 0'-11" | |
| TW2 | WINGWALL 3 | 4 | 12<br>SER OF<br>6 | STR | 1'-11"<br>TO<br>14'-4" | 585'-0" | 1'-11"<br><br>14'-4" | | | | 2'-6" | |
| TW3 | WINGWALL 3 | 4 | 24 | STR | 14'-6" | 348'-0" | 14'-6" | | | | | |
| TW4 | WINGWALL 3 | 4 | 36 | STR | 5'-0" | 180'-0" | 5'-0" | | | | | |
| TW5 | WINGWALL 3 | 4 | 12 | STR | 23'-10" | 286'-0" | 23'-10" | | | | | |
| CW1 | CUT-OFF WALL | 5 | 258 | 1 | 6'-5" | 1655'-6" | 3'-11" | 2'-6" | | | | |
| CW2 | CUT-OFF WALL | 4 | 6 | STR | 130'-2" | 781'-0" | 127'-2" | 1'-6" | 2 | | | |
| WW1 | WINGWALL 1 | 5 | 2<br>SER OF<br>23 | STR | 7'-8"<br>TO<br>14'-5" | 507'-11" | 7'-8"<br><br>14'-5" | | | | 0'-3 5/8" | |
| WW2 | WINGWALL 1 | 5 | 2<br>SER OF<br>9 | STR | 7'-8"<br>TO<br>14'-5" | 198'-9" | 7'-8"<br><br>14'-5" | | | | 0'-10 1/8" | |
| WW3 | WINGWALL 2 | 5 | 2<br>SER OF<br>32 | STR | 7'-8"<br>TO<br>14'-5" | 706'-8" | 7'-8"<br><br>14'-5" | | | | 0'-2 5/8" | |
| WW4 | WINGWALL 2 | 5 | 2<br>SER OF<br>12 | STR | 7'-8"<br>TO<br>14'-5" | 265'-0" | 7'-8"<br><br>14'-5" | | | | 0'-7 3/8" | |
| WW5 | WINGWALL 2 | 5 | 4<br>SER OF<br>6 | STR | 2'-6"<br>TO<br>14'-0" | 198'-0" | 2'-6"<br><br>14'-0" | | | | 2'-3 5/8" | |
| WW6 | WINGWALL 1 | 5 | 4<br>SER OF<br>6 | STR | 1'-6"<br>TO<br>10'-4" | 142'-0" | 1'-6"<br><br>10'-4" | | | | 1'-9 1/8" | |
| WW7 | WINGWALL 2 | 5 | 36 | STR | 15'-4" | 552'-0" | 15'-4" | | | | | |
| WW8 | WINGWALL 1 | 5 | 36 | STR | 11'-8" | 420'-0" | 11'-8" | | | | | |
| WW9 | WINGWALL 2 | 5 | 14 | 10 | 5'-0" | 70'-0" | 1'-7" | 2'-6" | 2'-6" | | | |
| WW10 | WINGWALL 1 | 5 | 14 | STR | 5'-0" | 70'-0" | 5'-0" | | | | | |
| WW11 | WINGWALL 1 | 5 | 16 | 1 | 5'-0" | 80'-0" | 2'-6" | 2'-6" | | | | |
| WW12 | WINGWALL 2 | 5 | 16 | 10 | 5'-0" | 80'-0" | 1'-11" | 2'-6" | 2'-6" | | | |
| WW13 | WINGWALL 1 | 5 | 4 | STR | 11'-11" | 47'-8" | 11'-11" | | | | | |
| WW14 | WINGWALL 2 | 5 | 4 | STR | 15'-2" | 60'-8" | 15'-2" | | | | | |
| WW15 | WINGWALL 1 & 2 | 5 | 64 | STR | 14'-8" | 938'-8" | 14'-8" | | | | | |
| WW16 | WINGWALL 1 & 2 | 5 | 64 | STR | 7'-8" | 490'-8" | 7'-8" | | | | | |
| WW17 | WINGWALL 1 & 2 | 5 | 64 | STR | 7'-8" | 490'-8" | 7'-8" | | | | | |
| EB1 | EDGE BEAM/HEADWALL | 8 | 12 | STR | 94'-2" | 1130'-0" | 89'-8" | 4'-6" | 1 | | | |
| EB2 | EDGE BEAM/HEADWALL | 4 | 12 | STR | 91'-2" | 1094'-0" | 89'-8" | 1'-6" | 1 | | | |
| EB3 | EDGE BEAM/HEADWALL | 5 | 182 | 1 | 4'-10" | 879'-8" | 3'-10" | 1'-0" | | | | |
| EB4 | EDGE BEAM/HEADWALL | 5 | 182 | 1 | 5'-4" | 970'-8" | 4'-4" | 1'-0" | | | | |
| EB5 | EDGE BEAM/HEADWALL | 4 | 182 | 2 | 2'-4" | 424'-8" | 0'-10" | 0'-8" | 0.8333 | | | |

## BENDING DIAGRAMS




**REMARK CODES**

A. PROVIDE NUMBER OF BARS AT SPACING AS SHOWN ON THE PLANS

B. PROVIDE AVERAGE SPACING OF BARS AS SHOWN ON THE PLANS. SPACE BARS WITHIN TOLERANCES PER "PLACING REINFORCING BARS, 8TH EDITION" BY CRSI.

C. PROVIDE NUMBER OF BARS AS SHOWN ON THE PLANS. ACTUAL SPACING OF BARS MAY VARY.

D. NUMBER OF SPLICES MAY BE INCREASED. LOCATE AND STAGGER SPLICES AS INDICATED ON THE PLANS OR PER REMARKS.

E. STAGGER SPLICES. NO MORE THAN 50% OF BARS MAY BE SPLICED AT THE SAME LOCATION.

SUMMARY OF COATED BARS - AASHTO M 31 GRADE 60

14,664'-7" OF NUMBER 4 BARS AT 0.668 LBS/FT = 9,796 LBS
25,871'-0" OF NUMBER 5 BARS AT 1.043 LBS/FT = 26,984 LBS
2,906'-8" OF NUMBER 6 BARS AT 1.502 LBS/FT = 4,366 LBS
11,614'-5" OF NUMBER 8 BARS AT 2.670 LBS/FT = 31,011 LBS

**NOTES**

1. ALL BARS ARE COATED.
2. BAR SIZES ARE U.S. UNITS.
3. REINFORCING STEEL DIMENSIONS ARE OUT TO OUT OF BARS UNLESS OTHERWISE NOTED.
4. TYPE 'STR' INDICATES A STRAIGHT BAR. TYPE 'SER OF' INDICATES SERIES (CUT SET) BARS.
5. SERIES BARS - EACH BAR VARIES BY TABULATED AMOUNT.
6. SPLICES MAY BE OMITTED AT FABRICATOR'S OPTION, HOWEVER, IN SUCH CASE, FABRICATOR ASSUMES RESPONSIBILITY FOR FIT.
7. USE THE CRSI MANUAL OF PRACTICE, LATEST EDITION FOR HOOKS, BENDS, AND FABRICATION OF REINFORCING STEEL UNLESS NOTED OTHERWISE.

CHECK JB 08/26
CHECK JB 08/26
DESIGN RSH 08/26
DRAWN AGM 08/26
REVISION REMARKS
REV NO | DATE | BY
ENGINEER OF RECORD (EOR)
DATE

**UTAH DEPARTMENT OF TRANSPORTATION**
STRUCTURES DIVISION
CONSOR NORTH AMERICA, INC.

HOLE IN THE ROCK ROAD, GARFIELD CO., PHASE 1
CAST-IN-PLACE CONCRETE BOX CULVERT - ALVEY WASH
BOX CULVERT REINFORCEMENT SCHEDULE

PIN 14165
PROJECT NUMBER S-R499(268)

GARFIELD
COUNTY

017059E
STRUCTURE NUMBER

017059E
DRAWING NUMBER

SHEET 9 OF 9