# EXHIBIT 3




PLAN




* MEASURED PERPENDICULAR TO HITRR CONTROL LINE

ELEVATION




LOCATION PLAN

## GENERAL NOTES

SEE "SITUATION AND LAYOUT 2 OF 2" FOR GENERAL NOTES AND DESIGN DATA.

## INDEX OF SHEETS

1. SITUATION AND LAYOUT 1 OF 2
2. SITUATION AND LAYOUT 2 OF 2
3. SOIL DATA SHEET
4. BOX CULVERT REINFORCING DETAILS 1 OF 5
5. BOX CULVERT REINFORCING DETAILS 2 OF 5
6. BOX CULVERT REINFORCING DETAILS 3 OF 5
7. BOX CULVERT REINFORCING DETAILS 4 OF 5
8. BOX CULVERT REINFORCING DETAILS 5 OF 5
9. BOX CULVERT REINFORCEMENT SCHEDULE

| QUANTITIES | | | |
|---|---|---|---|
| ITEM | ITEM | ITEM | AS CONST |
| GRANULAR BACK FILL BORROW (PLAN QUANTITY) | 345 | CU YD | |
| STABILIZATION GEOTEXTILES | 345 | SQ YD | |
| LOOSE RIPRAP (D50 = 24 INCH) (PLAN QUANTITY) | 110 | CU YD | |
| REINFORCING STEEL - COATED | 47,889 | LB | |
| STRUCTURAL CONCRETE (EST QTY 385 CY) | 1 | LUMP | |
| SIGN TYPE A-1, 12 INCH X 36 INCH | 4 | EACH | |
| SIGN POST P2 | 4 | EACH | |
| SMALL SIGN TUBULAR STEEL POST BASE (B1) | 4 | EACH | |
| REMOVE PIPE | 72 | FT | |
| UNTREATED BASE COURSE (PLAN QUANTITY) | 101 | CU YD | |

REV NO | DATE | BY | REVISION REMARKS

DESIGN RSH 07/26 CHECK JB 07/26
DRAWN AGM 07/26 CHECK JB 07/26

ENGINEER OF RECORD (EOR) DATE

**UTAH DEPARTMENT OF TRANSPORTATION**
STRUCTURES DIVISION
CONSOR NORTH AMERICA, INC.

HOLE IN THE ROCK ROAD, GARFIELD CO., PHASE 1
CAST-IN-PLACE CONCRETE BOX CULVERT - 20 MILE
SITUATION AND LAYOUT 1 OF 2

PIN 14165
PROJECT NUMBER S-R499(268)

GARFIELD
COUNTY

017060E
STRUCTURE NUMBER

017060E
DRAWING NUMBER

SHEET 1 OF 9




## TYPICAL SECTION




## HITRR PROFILE

## GENERAL NOTES

1. USE COATED DEFORMED CARBON STEEL BARS CONFORMING TO AASHTO M111 OR ASTM A775 AND AASHTO M31 GRADE 60, RESPECTIVELY.
2. USE STRUCTURAL STEEL CONFORMING TO AASHTO M270 GRADE 50 EXCEPT WHERE NOTED OTHERWISE.
3. CHAMFER ALL EXPOSED CONCRETE CORNERS 3/4 INCH EXCEPT WHERE NOTED OTHERWISE.
4. PROVIDE 2 INCH MINIMUM CONCRETE COVER TO REINFORCING STEEL EXCEPT WHERE NOTED OTHERWISE.
5. VERIFY UTILITY LOCATIONS BEFORE CONSTRUCTION. PROTECT EXISTING UTILITIES IN PLACE UNLESS SHOWN OTHERWISE.
6. COAT OR GALVANIZE MISCELLANEOUS STEEL PLACED IN STRUCTURAL CONCRETE, UNLESS SHOWN OTHERWISE.
7. USE CLASS AA(AE) CAST-IN-PLACE CONCRETE EXCEPT WHERE NOTED OTHERWISE. USE TYPE V CEMENT (HIGH SULFATE RESISTANCE).
8. WATERPROOFING MEMBRANE IS NOT REQUIRED FOR THIS STRUCTURE.
9. DO NOT SCALE DRAWINGS. HORIZONTAL DIMENSIONS ARE PLAN. VERTICAL DIMENSIONS ARE PLUMB.
10. PERFORM EARTHWORK, INCLUDING BUT NOT LIMITED TO OVER PREPARATION, EXCAVATIONS, SHORING, FILL MATERIALS AND REUSE OF ON-SITE SOILS, SUBGRADE PREPARATION, ENGINEERED FILL PLACEMENT AND COMPACTION, COMPACTED AGGREGATE BASE (AB), AND CAST-IN-PLACE CONCRETE FLATWORK PER THE RECOMMENDATIONS IN THE FOLLOWING:
    GEOTECHNICAL INVESTIGATION REPORT, *LANDMARK TESTING AND ENGINEERING*, PROJECT NO. 19139, DATED JANUARY 9, 2020, AND ANY ADDENDUM TO THE REPORT.
11. OVER EXCAVATION AND BACKFILL MATERIAL, CLEAN GRAVEL, AND COMPACTION SHALL BE PER THE GEOTECHNICAL INVESTIGATION RECOMMENDATIONS OR WITH APPLICABLE MODIFICATIONS AS APPROVED BY THE ENGINEER.
12. ENSURE ALL WORK IS REVIEWED BY A SOILS ENGINEER REGISTERED IN THE STATE OF UTAH.

## DESIGN DATA

HL-93, EV 2, AND EV 3 LOADING IN ACCORDANCE WITH AASHTO LRFD BRIDGE DESIGN SPECIFICATIONS 10TH EDITION 2024 AND THE UDOT STRUCTURES DESIGN AND DETAILING MANUAL, 2022.

STRUCTURAL CONCRETE
ALL LOCATIONS UNLESS INDICATED OTHERWISE 150 PCF $f'_c$ = 4.0 KSI n = 7 CLASS AA(AE)

CONCRETE WEIGHT FOR LOADS 150 PCF UNLESS INDICATED OTHERWISE

REINFORCING STEEL
ALL LOCATIONS UNLESS INDICATED OTHERWISE Fy = 60 KSI

STRUCTURAL STEEL
ALL LOCATIONS UNLESS SHOWN OTHERWISE Fy = 50 KSI (GRADE 50)

DESIGN COVER: 2' MIN, 3' MAX

SACRIFICIAL WEARING SURFACE: N/A

FUTURE WEARING SURFACE: 10" THICKNESS, 133 PSF

DESIGN SPEED: 45 MPH HOLE IN THE ROCK ROAD

SEISMIC: NO DESIGN FOR SEISMIC LOADS

| CULVERT LOAD RATING HL-93 (LRFD) | | |
|---|---|---|
| | RATING | *LOCATION |
| INV | 1.32 | EXT WALL AT X = 1.33' (F) |
| OPER | 1.71 | EXT WALL AT X = 1.33' (F) |

F DENOTES RATING CONTROLED BY FLEXURE
S DENOTES RATING CONTROLLED BY SHEAR
* X MEASURED FROM OUTSIDE FACE AT THE BOTTOM SLAB OF CULVERT

| HYDRAULIC DATA | | | |
|---|---|---|---|
| ATTRIBUTE | UNIT | CONVEYANCE DESIGN | DESIGN CHEK EVENT |
| DRAINAGE AREA | $MI^2$ | 142 | 142 |
| FREQUENCY | YR | 50 | 100 |
| DISCHARGE | CFS | 3,700 | 4,700 |
| UPSTREAM INVERT ELEVATION | FT | 5,115.18 | 5,115.18 |
| DOWNSTREAM INVERT ELEVATION | FT | 5,115.02 | 5,115.02 |
| HEADWATER ELEVATION | FT | 5,122.43 | 5,122.44 |
| TAILWATER ELEVATION | FT | 5,120.33 | 5,121.11 |
| OUTLET VELOCITY | FT/S | 7.54 | 8.32 |

REV NO | DATE | BY | REVISION REMARKS

DESIGN RSH 07/26 CHECK JB 07/26
DRAWN AGM 07/26 CHECK JB 07/26

ENGINEER OF RECORD (EOR) DATE

UTAH DEPARTMENT OF TRANSPORTATION
STRUCTURES DIVISION
CONSOR NORTH AMERICA, INC.

HOLE IN THE ROCK ROAD, GARFIELD CO., PHASE 1
CAST-IN-PLACE CONCRETE BOX CULVERT - 20 MILE
SITUATION AND LAYOUT 2 OF 2

PIN 14165
PROJECT NUMBER S-R499(268)

GARFIELD
COUNTY

017060E
STRUCTURE NUMBER

017060E
DRAWING NUMBER

SHEET 2 OF 9

## BORING NUMBER 20 Mile

DATE STARTED 3/20/19 COMPLETED 3/20/19 DRILLING COMPANY PCI ELEVATION 5126

DRILLING METHOD: CME 75: 8-inch hollow-stem auger — GROUND WATER LEVEL AT TIME OF DRILLING 14.0

LOGGED BY John Anderson CHECKED BY Steve Wells — GROUND WATER LEVEL ON ---

NOTES — LATITUDE: 37.5643 North LONGITUDE: 111.3892 West

**MATERIAL DESCRIPTION**

- SANDY GRAVEL WITH SILT (GM), dense, damp, angular gravel, light brown.
- SANDY LEAN CLAY (CL), occasional gravel, soft to very soft with depth, fine to medium grained sand, very moist, brown.
- Mixed SANDY LEAN CLAY (CL) and POORLY GRADED SAND WITH SILT AND GRAVEL (SP-SM).
- SANDY SILT (ML), very loose, very moist to saturated with depth, fine to medium grained sand, brown.
- SANDY FAT CLAY (CH), medium stiff, very moist, medium plasticity, sticky, blue grey.
- POORLY GRADED SAND WITH SILT (SP-SM), loose, saturated, fine to medium grained sand, grey brown.
- SANDY FAT CLAY (CH), medium stiff, very moist, medium plasticity, sticky, blue grey.
- POORLY GRADED SAND WITH SILT (SP-SM), loose, saturated, fine to medium grained sand, grey brown. Portians of the sand graded as low fines content SILTY SAND (SM).
- SANDY FAT CLAY (CH), medium stiff, very moist, medium plasticity, sticky, blue grey.
- SILTY SAND (SM), very loose, saturated, fine to medium grained, grey brown. Sampler pushed under hammer weight.
- POORLY GRADED SAND WITH SILT (SP-SM), loose, saturated, fine to medium grained sand, low fines content, grey brown.

| Depth (ft) | Sample Type Number | SPT Blowcounts | Blowcounts (N(60)) | Dry Unit Wt. (pcf) | Moisture Content (%) | Liquid Limit | Plasticity Index | Gravel (%) | Sand (%) | Fines (%) | Other Tests |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 1, 2 | 3-2-3 | 9 | 105.3 | 17.9 | 27 | 10 | 12 | 31 | 57 | |
| 10 | 3 | 1-1-2 | 4 | | | | | | | | |
| 15 | 4, 5 | 3-4-3 | 7 | 96.8 | 26.3 | | | 0 | 39 | 61 | |
| 20 | 6 | 3-4-3 | 7 | 103.2 | 21.4 | | | 0 | 91 | 9 | |
| 25 | 7, 8 | 3-4-6 | 9 | | 23.7 | | | 0 | 84 | 16 | |
| 30 | 9, 10 | 4-5-5 | 8 | 103.7 | 20.6 | | | 0 | 90 | 10 | |
| 35 | 11, 12 | 0-0-0 | 0 | 89.7 | 31.9 | | | 0 | 57 | 43 | |
| 40 | 13 | 1-1-1 | 1 | 115.8 | 20.3 | | | 0 | 94 | 6 | |

Bottom of borehole at 41.5 feet.

Landmark Testing & Engineering
795 East Factory Drive
St. George, UT 84790
Telephone: 435-986-0566
Fax: 435-986-0568

PROJECT NAME 20-Mile Wash Box Culvert
PROJECT PIN 14165
LANDMARK PROJECT NUMBER 19139
PROJECT LOCATION Garfield County, Utah

FIGURE A-4



## TEST PIT NUMBER TP-1

DATE STARTED 6/6/18 COMPLETED 6/6/18 EXCAVATION COMPANY Garfield County ELEVATION 5115

EXCAVATION METHOD: CAT 320D — GROUND WATER LEVEL AT TIME OF EXCAVATION

LOGGED BY Russ Owens CHECKED BY Steve Wells — GROUND WATER LEVEL ON ---

NOTES — LATITUDE: 37.5643 North LONGITUDE: 111.3891 West

**MATERIAL DESCRIPTION**

- SILTY GRAVEL WITH SAND (GM), with cobbles and boulders up to 12-inches in diameter, loose, dry.
- POORLY GRADED SAND WITH SILT AND GRAVEL (SP-SM), occaional silt lenses, medium dense, moist, green to brown.
- FAT CLAY WITH SAND (CH), occasional sand lenses, medium stiff to very soft, very moist to wet with depth, dark gray.
  - Grades wet, caving of trench. Possible groundwater elevation.
  - Grades with dark organics.

| Depth (ft) | Sample Type Number | Dry Unit Wt. (pcf) | Moisture Content (%) | Liquid Limit | Plasticity Index | Gravel (%) | Sand (%) | Fines (%) | Other Tests |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 1, 2 | | 4.6 | | | 24 | 71 | 5 | Soluble Sulfate = 0.03% |
| 5 | 3 | 91.6 | 29.0 | | | | | | 1.5% Swell @ 1000 psf |
| 10 | 4 | | | 63 | 47 | | | | |
| 13 | 5 | 89.3 | 28.6 | | | | | | 1.2% Swell @ 1000 psf |
| 17 | 6 | | | 50 | 30 | | | | |

Bottom of test pit at 18.0 feet.

Landmark Testing & Engineering
795 East Factory Drive
St. George, UT 84790
Telephone: 435-986-0566
Fax: 435-986-0568

PROJECT NAME 20-Mile Wash Box Culvert
PROJECT PIN 14165
LANDMARK PROJECT NUMBER 19139
PROJECT LOCATION Garfield County, Utah

FIGURE A-5



DESIGN RSH 07/26 CHECK JB 07/26
DRAWN AGM 07/26 CHECK JB 07/26

UTAH DEPARTMENT OF TRANSPORTATION
STRUCTURES DIVISION
CONSOR NORTH AMERICA, INC.

HOLE IN THE ROCK ROAD, GARFIELD CO., PHASE 1
CAST-IN-PLACE CONCRETE BOX CULVERT - 20 MILE
SOIL DATA SHEET

PROJECT NUMBER S-R499(268) PIN 14165

GARFIELD COUNTY
017060E STRUCTURE NUMBER
017060E DRAWING NUMBER
SHEET 3 OF 9




## PARTIAL PLAN

**NOTES**

1. SEE BOX CULVERT REINFORCING DETAILS 3 OF 5 FOR HEADWALL DETAILS.
2. SEE BOX CULVERT REINFORCING DETAILS 5 OF 5 FOR STRUCTURE NUMBER DETAIL.

REV NO | DATE | BY | REVISION REMARKS

DESIGN RSH 07/26 CHECK JB 07/26
DRAWN AGM 07/26 CHECK JB 07/26

ENGINEER OF RECORD (EOR)
DATE

**UTAH DEPARTMENT OF TRANSPORTATION**
STRUCTURES DIVISION
CONSOR NORTH AMERICA, INC.

HOLE IN THE ROCK ROAD, GARFIELD CO., PHASE 1
CAST-IN-PLACE CONCRETE BOX CULVERT - 20 MILE
BOX CULVERT REINFORCING DETAILS 1 OF 5

PROJECT NUMBER S-R499(268)
PIN 14165

GARFIELD
COUNTY

017060E
STRUCTURE NUMBER

017060E
DRAWING NUMBER

SHEET 4 OF 9




## APRON AND WINGWALLS




## TYPICAL SECTION

**NOTES**

1. SEE BOX CULVERT REINFORCING DETAILS 4 OF 5 FOR WINGWALL ELEVATIONS AND REINFORCING
2. SEE BOX CULVERT REINFORCING DETAILS 5 OF 5 FOR WINGWALL ELEVATIONS AND REINFORCING

CHECK JB 07/26 | CHECK JB 07/26
DESIGN RSH 07/26 | DRAWN AGM 07/26
REVISION REMARKS | BY | DATE | REV NO
ENGINEER OF RECORD (EOR) | DATE

**UTAH DEPARTMENT OF TRANSPORTATION**
STRUCTURES DIVISION
CONSOR NORTH AMERICA, INC.

HOLE IN THE ROCK ROAD, GARFIELD CO., PHASE 1
CAST-IN-PLACE CONCRETE BOX CULVERT - 20 MILE
BOX CULVERT REINFORCING DETAILS 2 OF 5

PIN 14165
PROJECT NUMBER S-R499(268)

GARFIELD
COUNTY
017060E
STRUCTURE NUMBER
017060E
DRAWING NUMBER
SHEET 5 OF 9




## HEADWALL




## HEADWALL DETAIL




## SECTION A-A

REV NO | DATE | BY | REVISION REMARKS

DESIGN RSH 07/26 CHECK JB 07/26

DRAWN AGM 07/26 CHECK JB 07/26

ENGINEER OF RECORD (EOR)

DATE

**UTAH DEPARTMENT OF TRANSPORTATION**

STRUCTURES DIVISION

CONSOR NORTH AMERICA, INC.

HOLE IN THE ROCK ROAD, GARFIELD CO., PHASE 1

CAST-IN-PLACE CONCRETE BOX CULVERT - 20 MILE

BOX CULVERT REINFORCING DETAILS 3 OF 5

PIN 14165

PROJECT NUMBER S-R499(268)

GARFIELD
COUNTY

017060E
STRUCTURE NUMBER

017060E
DRAWING NUMBER

SHEET 6 OF 9




## WINGWALL 1 ELEVATION

(NOT ALL APRON SLAB REINFORCING SHOWN)




## WINGWALL 2 ELEVATION

(NOT ALL APRON SLAB REINFORCING SHOWN)




## SECTION B-B




## SECTION C-C




## SECTION F-F

| REV NO | DATE | BY | REVISION REMARKS |
|---|---|---|---|

DESIGN RSH 07/26 CHECK JB 07/26
DRAWN AGM 07/26 CHECK JB 07/26

ENGINEER OF RECORD (EOR)
DATE

**UTAH DEPARTMENT OF TRANSPORTATION**
STRUCTURES DIVISION
CONSOR NORTH AMERICA, INC.

HOLE IN THE ROCK ROAD, GARFIELD CO., PHASE 1
CAST-IN-PLACE CONCRETE BOX CULVERT - 20 MILE
BOX CULVERT REINFORCING DETAILS 4 OF 5

PIN 14165
PROJECT NUMBER S-R499(268)

GARFIELD
COUNTY

017060E
STRUCTURE NUMBER

017060E
DRAWING NUMBER

SHEET 7 OF 9




## WINGWALL 3 ELEVATION

(NOT ALL APRON SLAB REINFORCING SHOWN)




## SECTION D-D




**ISOMETRIC**

CENTERED ON TOP AND
FRONT OF HEADWALL




**SECTION THROUGH STRUCTURE NUMBER**

## STANDARD STRUCTURE NUMBER DETAILS

TYPICAL EACH SIDE OF BOX CULVERT




## SECTION E-E

| | | |
|---|---|---|
| CHECK JB 07/26 | CHECK JB 07/26 | |
| DESIGN RSH 07/26 | DRAWN AGM 07/26 | REVISION REMARKS |
| REV NO | DATE | BY |

ENGINEER OF RECORD (EOR)

DATE

**UTAH DEPARTMENT OF TRANSPORTATION**

STRUCTURES DIVISION

CONSOR NORTH AMERICA, INC.

HOLE IN THE ROCK ROAD, GARFIELD CO., PHASE 1

CAST-IN-PLACE CONCRETE BOX CULVERT - 20 MILE

BOX CULVERT REINFORCING DETAILS 5 OF 5

PIN 14165

PROJECT NUMBER S-R499(268)

GARFIELD
COUNTY

017060E
STRUCTURE NUMBER

017060E
DRAWING NUMBER

SHEET 8 OF 9

| MARK | LOCATION | SIZE | NO BARS | TYPE | LENGTH | TOTAL LENGTH | DIMENSIONS A | B | C | D | SERIES INC | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S1 | TOP SLAB | 8 | 2 SER OF 11 | STR | 5'-4" TO 48'-8" | 594'-0" | 5'-4" 48'-8" | | | | 4'-4" | |
| S2 | TOP SLAB | 8 | 19 | STR | 51'-8" | 981'-8" | 51'-8" | | | | | |
| S3 | TOP SLAB | 4 | 35 | STR | 30'-5" | 1064'-7" | 30'-5" | | | | | |
| S4 | TOP SLAB | 4 | 35 | STR | 29'-5" | 1029'-7" | 29'-5" | | | | | |
| S5 | BOTTOM SLAB | 8 | 2 SER OF 11 | STR | 5'-4" TO 48'-8" | 594'-0" | 5'-4" 48'-8" | | | | 4'-4" | |
| S6 | BOTTOM SLAB | 8 | 2 SER OF 11 | STR | 5'-4" TO 48'-8" | 594'-0" | 5'-4" 48'-8" | | | | 4'-4" | |
| S7 | BOTTOM SLAB | 8 | 19 | STR | 51'-8" | 981'-8" | 51'-8" | | | | | |
| S8 | BOTTOM SLAB | 8 | 19 | STR | 51'-8" | 981'-8" | 51'-8" | | | | | |
| S9 | BOTTOM SLAB | 4 | 70 | STR | 30'-5" | 2129'-2" | 30'-5" | | | | | |
| S10 | TOP SLAB | 6 | 64 | 1 | 11'-4" | 725'-4" | 5'-8" | 5'-8" | | | | |
| S11 | TOP SLAB | 5 | 8 | STR | 30'-5" | 243'-4" | 30'-5" | | | | | |
| S12 | BOTTOM SLAB | 6 | 128 | 1 | 7'-0" | 896'-0" | 3'-6" | 3'-6" | | | | |
| S13 | BOTTOM SLAB | 5 | 128 | 1 | 4'-6" | 576'-0" | 1'-0" | 3'-6" | | | | |
| S14 | TOP SLAB | 8 | 2 SER OF 11 | STR | 5'-1" TO 48'-4" | 587'-7" | 5'-1" 48'-4" | | | | 4'-3 7/8" | |
| S15 | TOP SLAB | 8 | 18 | STR | 51'-8" | 930'-0" | 51'-8" | | | | | |
| W1 | WALLS | 5 | 256 | STR | 12'-5" | 3178'-8" | 12'-5" | | | | | |
| W2 | WALLS | 4 | 64 | STR | 30'-5" | 1946'-8" | 30'-5" | | | | | |
| AS1 | APRON SLAB | 5 | 160 | STR | 11'-8" | 1866'-8" | 11'-8" | | | | | |
| AS2 | APRON SLAB | 5 | 4 SER OF 5 | STR | 1'-6" TO 11'-2" | 126'-8" | 1'-6" 11'-2" | | | | 2'-5" | |
| AS3 | APRON SLAB | 5 | 4 SER OF 11 | STR | 58'-6" TO 67'-6" | 2772'-0" | 57'-0" 66'-0" | 1'- 6 " | 1 | | 0'-10 3/4" | |
| AS4 | APRON SLAB | 6 | 100 | STR | 7'-6" | 750'-0" | 7'-6" | | | | | |
| AS5 | APRON SLAB | 5 | 72 | STR | 5'-0" | 360'-0" | 5'-0" | | | | | |
| AS6 | APRON SLAB | 5 | 100 | 1 | 4'-6" | 450'-0" | 1'-0" | 3'-6" | | | | |
| AS7 | APRON SLAB | 5 | 38 | 1 | 3'-4" | 126'-8" | 0'-10" | 2'-6" | | | | |
| AS8 | APRON SLAB | 4 | 48 | 1 | 3'-4" | 160'-0" | 0'-10" | 2'-6" | | | | |
| AS9 | APRON SLAB | 4 | 8 | 1 | 2'-5" | 19'-4" | 0'-10" | 1'-7" | | | | |
| AS10 | APRON SLAB | 4 | 8 | 1 | 3'-8" | 29'-4" | 0'-10" | 2'-10" | | | | |
| AS11 | APRON SLAB | 4 | 8 | 1 | 4'-11" | 39'-4" | 0'-10" | 4'-1" | | | | |
| AS12 | APRON SLAB | 5 | 48 | STR | 14'-8" | 704'-0" | 14'-8" | | | | | |
| AS13 | APRON SLAB | 5 | 152 | STR | 5'-2" | 785'-4" | 5'-2" | | | | | |
| AS14 | APRON SLAB | 5 | 64 | 1 | 4'-6" | 288'-0" | 1'-0" | 3'-6" | | | | |
| AS15 | APRON SLAB | 5 | 124 | 1 | 4'-0" | 496'-0" | 1'-0" | 3'-0" | | | | |
| TW1 | WINGWALL 3 | 4 | 8 SER OF 6 | STR | 4'-3" TO 11'-0" | 366'-0" | 4'-3" 11'-0" | | | | 1'-4" | |
| TW2 | WINGWALL 3 | 4 | 8 SER OF 6 | STR | 1'-6" TO 10'-9" | 294'-0" | 1'-6" 10'-9" | | | | 1'-10 1/4" | |
| TW3 | WINGWALL 3 | 4 | 16 | STR | 12'-0" | 192'-0" | 12'-0" | | | | | |
| TW4 | WINGWALL 3 | 4 | 28 | STR | 5'-0" | 140'-0" | 5'-0" | | | | | |
| TW5 | WINGWALL 3 | 4 | 8 | STR | 15'-8" | 125'-4" | 15'-8" | | | | | |
| CW1 | CUT-OFF WALL | 5 | 184 | 1 | 6'-5" | 1180'-8" | 3'-11" | 2'-6" | | | | |
| CW2 | CUT-OFF WALL | 4 | 6 | STR | 91'-6" | 549'-0" | 90'-0" | 1'-6" | 1 | | | |
| WW1 | WINGWALL 2 | 5 | 2 SER OF 23 | STR | 7'-8" TO 15'-4" | 529'-0" | 7'-8" 15'-4" | | | | 0'-4 1/8" | |
| WW2 | WINGWALL 2 | 5 | 2 SER OF 9 | STR | 7'-8" TO 15'-4" | 207'-0" | 7'-8" 15'-4" | | | | 0'-11 1/2" | |
| WW3 | WINGWALL 1 | 5 | 2 SER OF 27 | STR | 7'-8" TO 15'-4" | 621'-0" | 7'-8" 15'-4" | | | | 0'-3 1/2" | |
| WW4 | WINGWALL 1 | 5 | 2 SER OF 10 | STR | 7'-8" TO 15'-4" | 230'-0" | 7'-8" 15'-4" | | | | 0'-10 1/4" | |
| WW5 | WINGWALL 2 | 5 | 4 SER OF 9 | STR | 1'-0" TO 11'-10" | 231'-0" | 1'-0" 11'-10" | | | | 1'-4 1/4" | |
| WW6 | WINGWALL 1 | 5 | 4 SER OF 9 | STR | 1'-0" TO 13'-4" | 258'-0" | 1'-0" 13'-4" | | | | 1'-6 1/2" | |
| WW7 | WINGWALL 2 | 5 | 36 | STR | 11'-10" | 426'-0" | 11'-10" | | | | | |
| WW8 | WINGWALL 1 | 5 | 36 | STR | 13'-4" | 480'-0" | 13'-4" | | | | | |
| WW9 | WINGWALL 2 | 5 | 16 | 10 | 5'-0" | 80'-0" | 2'-4" | 2'-6" | 2'-6" | | | |
| WW11 | WINGWALL 1 | 5 | 16 | 10 | 5'-0" | 80'-0" | 2'-5" | 2'-6" | 2'-6" | | | |
| WW11 | WINGWALL 2 | 5 | 32 | 10 | 5'-0" | 160'-0" | 0'-8" | 2'-6" | 2'-6" | | | |
| WW12 | WINGWALL 1 | 5 | 12 | 10 | 5'-0" | 60'-0" | 2'-2" | 2'-6" | 2'-6" | | | |
| WW13 | WINGWALL 2 | 5 | 4 | STR | 13'-3" | 53'-0" | 13'-3" | | | | | |
| WW14 | WINGWALL 1 | 5 | 4 | STR | 14'-7" | 58'-4" | 14'-7" | | | | | |
| WW15 | WINGWALL 1 & 2 | 5 | 64 | STR | 14'-8" | 938'-8" | 14'-8" | | | | | |
| WW16 | WINGWALL 1 & 2 | 5 | 64 | STR | 7'-8" | 490'-8" | 7'-8" | | | | | |
| WW17 | WINGWALL 1 & 2 | 5 | 64 | STR | 7'-8" | 490'-8" | 7'-8" | | | | | |
| EB1 | EDGE BEAM/HEADWALL | 7 | 12 | STR | 53'-0" | 636'-0" | 53'-0" | | | | | |
| EB2 | EDGE BEAM/HEADWALL | 4 | 12 | STR | 53'-0" | 636'-0" | 53'-0" | | | | | |
| EB3 | EDGE BEAM/HEADWALL | 5 | 108 | 1 | 4'-3" | 459'-0" | 3'-3" | 1'-0" | | | | |
| EB4 | EDGE BEAM/HEADWALL | 5 | 108 | 1 | 4'-9" | 513'-0" | 3'-9" | 1'-0" | | | | |
| EB5 | EDGE BEAM/HEADWALL | 4 | 108 | 2 | 2'-4" | 252'-0" | 0'-10" | 0'-8" | 0'-10" | | | |

## BENDING DIAGRAMS




**REMARK CODES**

A. PROVIDE NUMBER OF BARS AT SPACING AS SHOWN ON THE PLANS.

B. PROVIDE AVERAGE SPACING OF BARS AS SHOWN ON THE PLANS. SPACE BARS WITHIN TOLERANCES PER "PLACING REINFORCING BARS, 8TH EDITION" BY CRSI.

C. PROVIDE NUMBER OF BARS AS SHOWN ON THE PLANS. ACTUAL SPACING OF BARS MAY VARY.

D. NUMBER OF SPLICES MAY BE INCREASED. LOCATE AND STAGGER SPLICES AS INDICATED ON THE PLANS OR PER REMARKS.

E. STAGGER SPLICES. NO MORE THAN 50% OF BARS MAY BE SPLICED AT THE SAME LOCATION.

SUMMARY OF COATED BARS - AASHTO M 31 GRADE 60

8,972'-4" OF NUMBER 4 BARS AT 0.668 LBS/FT = 5,994 LBS
19,519'-4" OF NUMBER 5 BARS AT 1.043 LBS/FT = 20,359 LBS
2,371'-4" OF NUMBER 6 BARS AT 1.502 LBS/FT = 3,562 LBS
636'-0" OF NUMBER 7 BARS AT 2.044 LBS/FT = 1,300 LBS
6,244'-7" OF NUMBER 8 BARS AT 2.670 LBS/FT = 16,674 LBS

**NOTES**

1. ALL BARS ARE COATED.
2. BAR SIZES ARE U.S. UNITS.
3. REINFORCING STEEL DIMENSIONS ARE OUT TO OUT OF BARS UNLESS OTHERWISE NOTED.
4. TYPE 'STR' INDICATES A STRAIGHT BAR. TYPE 'SER OF' INDICATES SERIES (CUT SET) BARS.
5. SERIES BARS - EACH BAR VARIES BY TABULATED AMOUNT.
6. SPLICES MAY BE OMITTED AT FABRICATOR'S OPTION, HOWEVER, IN SUCH CASE, FABRICATOR ASSUMES RESPONSIBILITY FOR FIT.
7. USE THE CRSI MANUAL OF PRACTICE, LATEST EDITION FOR HOOKS, BENDS, AND FABRICATION OF REINFORCING STEEL UNLESS NOTED OTHERWISE.

CHECK JB 07/26
CHECK JB 07/26
DESIGN RSH 07/26
DRAWN AGM 07/26
REVISION REMARKS
BY
DATE
REV NO
ENGINEER OF RECORD (EOR)
DATE

UTAH DEPARTMENT OF TRANSPORTATION
STRUCTURES DIVISION
CONSOR NORTH AMERICA, INC.

HOLE IN THE ROCK ROAD, GARFIELD CO., PHASE 1
CAST-IN-PLACE CONCRETE BOX CULVERT - 20 MILE
BOX CULVERT REINFORCEMENT SCHEDULE

PIN 14165
PROJECT NUMBER S-R499(268)

GARFIELD
COUNTY
017060E
STRUCTURE NUMBER
017060E
DRAWING NUMBER
SHEET 9 OF 9